**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Kleen Products LLC

                         Plaintiff,

v.                                          Case No.: 1:10–cv–05711
                                          Honorable Charles P. Kocoras

Packaging Corporation of America, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2010:

      MINUTE entry before Honorable Charles P. Kocoras:Daniel J. Mogin's motion (Doc [6]) for leave to appear pro hac vice as additional counsel for plaintiff is granted. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.