IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC; R.P.R. ENTERPRISES, INC.; MIGHTY PAC, INC.; FERRARO FOODS OF NORTH CAROLINA, LLC; DISTRIBUTORS PACKAGING GROUP, LLC; RHE HATCO, INC.; THULE, INC.; and CHANDLER PACKAGING, INC., individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PACKAGING CORPORATION OF AMERICA; INTERNATIONAL PAPER; CASCADES CANADA, INC.; NORAMPAC HOLDINGS U.S. INC.; WEYERHAEUSER COMPANY; GEORGIA PACIFIC LLC; TEMPLE-INLAND INC; TIN INC.; and SMURFIT-STONE CONTAINER CORPORATION, <br><br> Defendants. | Case No. 1:10-cv-05711 <br><br> Hon. Milton I. Shadur |

### DEFENDANT TEMPLE-INLAND INC.'S
### MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Temple-Inland Inc. ("Temple-Inland") respectfully moves to dismiss the Consolidated and Amended Complaint (the "Complaint") on two primary grounds:

(1) Generally, the Complaint fails to state a claim against defendants under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

(2) More specifically, the Complaint—including documents incorporated by reference—affirmatively alleges that Temple-Inland *increased output* through the class period. Such an allegation is flatly inconsistent with any general claim that Temple-Inland participated in a conspiracy to reduce capacity, and renders any such claim facially implausible.

In support of this motion, and incorporated by reference herein, Temple-Inland submits (1) Defendants' Joint Memorandum of Law in Support of Defendants' Motions To Dismiss, and

(2) Temple-Inland's Individual Memorandum of Law in Support of Its Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Temple-Inland respectfully requests that the Court dismiss the Complaint in its entirety, with prejudice, and grant Temple-Inland other relief as this Court deems just and proper.

Dated: January 14, 2011                                         Respectfully submitted,

                                                                        TEMPLE-INLAND INC.

By:   /s/ Andrew S. Marovitz
        Andrew S. Marovitz
        Britt M. Miller
        Courtney L. Anderson
        Mayer Brown LLP
        71 S. Wacker Drive
        Chicago, IL 60606-4637
        (312) 782-0600
        (312) 701-7711 – Facsimile

1529080

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2011, a true and correct copy of the foregoing **DEFENDANT TEMPLE-INLAND INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)** was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Andrew S. Marovitz
One of the Attorneys for
Temple-Inland Inc.