## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KLEEN PRODUCTS LLC; R.P.R. ENTERPRISES, INC.; MIGHTY PAC, INC., FERRARO FOODS, INC.; FERRARO FOODS OF NORTH CAROLINA, LLC; DISTRIBUTORS PACKAGING GROUP, LLC; RHE HATCO, INC.; THULE, INC.; and CHANDLER PACKAGING, INC., individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PACKAGING CORPORATION OF AMERICA; INTERNATIONAL PAPER COMPANY; NORAMPAC INDUSTRIES INC.; CASCADES, INC.; DOMTAR CORPORATION; WEYERHAEUSER COMPANY; GEORGIA PACIFIC LLC; TEMPLE-INLAND INC.; and SMURFIT-STONE CONTAINER CORPORATION <br><br> Defendants. | Case No. 10-cv-05711 <br> <u>Honorable Milton I. Shadur</u> |

### DEFENDANT WEYERHAEUSER COMPANY'S MOTION TO DISMISS
### THE CONSOLIDATED AND AMENDED COMPLAINT

Defendant Weyerhaeuser Company (Weyerhaeuser), pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss the Consolidated and Amended Complaint (Complaint) against Weyerhaeuser, and states in support:

1.     On November 8, 2010, Plaintiffs filed their Complaint against several containerboard manufacturers, including Weyerhaeuser, alleging a *per se* violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. The Complaint alleges that the defendants entered into a conspiracy to "artificially raise, fix, maintain, and/or stabilize prices for Containerboard Products in the United States." (Compl. ¶ 197).

2.    This Court should dismiss Plaintiffs' Complaint for failure to state a claim under *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544 (2007).    Plaintiffs have failed to allege any of the facts necessary to suggest plausibly that Weyerhaeuser entered into any conspiracy of any kind, let alone a complicated, multi-year conspiracy to depress supply and raise prices of containerboard products.

WHEREFORE, for this reason and those included in more detail in Defendants' Joint Memorandum of Law in Support of Defendants' Motions to Dismiss the Consolidated and Amended Complaint, which Weyerhaeuser joins and incorporates here by reference, Weyerhaeuser respectfully asks this Court to dismiss Plaintiffs' Complaint.


Dated:  January 14, 2011                              Respectfully submitted,

                                                      WEYERHAEUSER COMPANY

                                                      By:  /s/ David Marx Jr.
                                                           One of its Attorneys

                                                      David Marx Jr.
                                                      Jennifer S. Diver
                                                      **McDermott Will & Emery LLP**
                                                      227 W. Monroe Street
                                                      Chicago, Illinois 60606
                                                      Telephone: (312) 372-2000
                                                      Facsimile: (312) 984-7700
                                                      dmarx@mwe.com
                                                      jdiver@mwe.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of January, 2011, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

/s/ David Marx Jr.
One of the Attorneys for Weyerhaeuser
Company

3