IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC; R.P.R. ENTERPRISES, INC.; MIGHTY PAC, INC., FERRARO FOODS, INC.; FERRARO FOODS OF NORTH CAROLINA, LLC; DISTRIBUTORS PACKAGING GROUP, LLC; RHE HATCO, INC.; THULE, INC.; and CHANDLER PACKAGING, INC, individually and on behalf of all those similarly situated,<br><br>                 Plaintiffs,<br>v.<br><br>PACKAGING CORPORATION OF AMERICA; INTERNATIONAL PAPER; CASCADES CANADA, INC.; NORAMPAC HOLDINGS U.S. INC.; WEYERHAEUSER COMPANY; GEORGIA PACIFIC LLC; TEMPLE-INLAND INC.; TIN INC.; and SMURFIT-STONE CONTAINER CORPORATION<br><br>                 Defendants. | Case No. 1:10-cv-05711<br><br>CLASS ACTION<br><br>Judge Milton I. Shadur |

**CASCADES CANADA, INC.'S AND NORAMPAC HOLDINGS U.S. INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AND AMENDED COMPLAINT**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Cascades Canada, Inc. and Norampac Holdings U.S. Inc. (collectively, "Norampac"), by and through their attorneys, move to dismiss with prejudice the Consolidated and Amended Complaint, filed on November 8, 2010 [Dkt. No. 65] (the "Complaint"), as to Norampac.

      As more fully stated in Defendants' Joint Memorandum of Law in Support of Defendants' Motions to Dismiss the Consolidated and Amended Complaint and Norampac's Supplemental Memorandum of Law, the Complaint's sparse allegations as to Norampac fail to state a claim that Norampac violated Section 1 of the Sherman Act, 15 U.S.C. § 1, under the standards set forth in *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007). The allegations specific to

Norampac are insufficient to plausibly infer that Norampac participated in a conspiracy to reduce containerboard capacity or raise prices.

WHEREFORE, Cascades Canada, Inc. and Norampac Holdings U.S. Inc. respectfully request this Court to enter an order dismissing with prejudice Plaintiffs' Consolidated and Amended Complaint as to them.

Dated: January 14, 2011                    Respectfully submitted,

                                           By:  */s/ Scott M. Mendel*
                                                Counsel for Cascades Canada, Inc. and Norampac
                                                Holdings U.S. Inc.

Scott M. Mendel
John E. Susoreny
Lauren N. Norris
K&L GATES LLP
70 West Madison, Suite 3100
Chicago, Illinois 60602
Telephone: 312.372.1121

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on January 14, 2011, he caused a true and correct copy of the foregoing **CASCADES CANADA, INC.'S AND NORAMPAC HOLDINGS U.S. INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AND AMENDED COMPLAINT** to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Scott Mendel
      One of the attorneys for Defendants
      Cascades Canada, Inc. and Norampac
      Holdings U.S. Inc.