# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KLEEN PRODUCTS LLC; R.P.R. ENTERPRISES, INC.; MIGHTY PAC, INC., FERRARO FOODS, INC.; FERRARO FOODS OF NORTH CAROLINA, LLC; DISTRIBUTORS PACKAGING GROUP, LLC; RHE HATCO, INC.; THULE, INC.; and CHANDLER PACKAGING, INC,** individually and on behalf of all those similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>**PACKAGING CORPORATION OF AMERICA; INTERNATIONAL PAPER; CASCADES CANADA, INC.; NORAMPAC HOLDINGS U.S. INC.; WEYERHAEUSER COMPANY; GEORGIA-PACIFIC LLC; TEMPLE-INLAND INC.; TIN INC.; and SMURFIT-STONE CONTAINER CORPORATION**<br><br>            Defendants. | Case No. 1:10-cv-05711<br><br><u>CLASS ACTION</u><br><br>Judge Milton I. Shadur |

## DEFENDANT GEORGIA-PACIFIC LLC'S MOTION TO DISMISS
## THE CONSOLIDATED AND AMENDED COMPLAINT

Defendant Georgia-Pacific LLC ("GP"), by and through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the claim in the Consolidated and Amended Complaint against GP. This Motion is supported by the accompanying GP's Individual Memorandum of Law in Support of Its Motion to Dismiss the Consolidated and Amended Complaint, the Declaration of Kyle R. Taylor, and exhibits attached thereto. This Motion is also supported by Defendants' Joint Memorandum of Law in Support of

Defendants' Motions to Dismiss the Consolidated and Amended Complaint, which is being filed separately.

Dated: January 14, 2011

Respectfully submitted,

| /s/ James R. Figliulo | /s/ Stephen R. Neuwirth |
|---|---|
| James R. Figliulo | Stephen R. Neuwirth |
| Stephanie D. Jones | Sami H. Rashid |
| FIGLIULO & SILVERMAN, P.C. | Kyle R. Taylor |
| 10 South LaSalle Street, Suite 3600 | QUINN EMANUEL URQUHART & |
| Chicago, Illinois 60603 | SULLIVAN, LLP |
| Tel.: (312) 251-4600 | 51 Madison Avenue, 22nd Floor |
| Fax: (312) 251-4610 | New York, New York 10010 |
| jfigliulo@fslegal.com | Tel.: (212) 849-7000 |
| | Fax: (212) 849-7100 |
| | stephenneuwirth@quinnemanuel.com |

*Attorneys for Defendant Georgia-Pacific LLC*

## **CERTIFICATE OF SERVICE**

I, Stephanie D. Jones, an attorney, hereby certify that on January 14, 2011, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

    /s/ Stephanie D. Jones