UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KLEEN PRODUCTS LLC; R.P.R. ENTERPRISES, INC.; MIGHTY PAC, INC., FERRARO FOODS, INC.; FERRARO FOODS OF NORTH CAROLINA, LLC; DISTRIBUTORS PACKAGING GROUP, LLC; RHE HATCO, INC.; THULE, INC.; and CHANDLER PACKAGING, INC, individually and on behalf of all those similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>PACKAGING CORPORATION OF AMERICA; INTERNATIONAL PAPER; CASCADES CANADA, INC.; NORAMPAC HOLDINGS U.S. INC.; WEYERHAEUSER COMPANY; GEORGIA PACIFIC LLC; TEMPLE-INLAND INC.; TIN INC.; and SMURFIT-STONE CONTAINER CORPORATION<br><br>     Defendants. | Case No. 1:10-cv-05711<br><br>Judge Milton I. Shadur |

### DEFENDANT INTERNATIONAL PAPER COMPANY'S MOTION TO DISMISS THE CONSOLIDATED AND AMENDED COMPLAINT

  Defendant International Paper Company ("International Paper"), by its undersigned attorneys, respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for entry of an order dismissing the Consolidated and Amended Complaint filed on November 8, 2010 by Plaintiffs Kleen Products LLC, R.P.R. Enterprises, Inc., Mighty Pac, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Distributors Packaging Group, LLC, RHE Hatco, Inc., Thule, Inc. and Chandler Packaging Group, Inc. individually and on behalf of a class of those similarly situated. As set forth fully in the accompanying Joint Memorandum in Support and in

1

International Paper's Supplemental Memorandum in Support, which are incorporated herein by reference, the Consolidated and Amended Complaint fails to state a claim under Section 1 of the Sherman Act against International Paper under the pleading standards set forth in Fed. R. Civ. P. 8 and by the Supreme Court in *Bell Atlantic Corporation v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009).

WHEREFORE, International Paper respectfully requests that this Court enter an order granting this motion and dismissing the Consolidated and Amended Complaint.

DATED: January 14, 2011	Respectfully submitted,

/s/ *Nathan P. Eimer*
Nathan P. Eimer
John K. Theis
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604-2516
Tel:	(312) 660-7600
Fax:	(312) 692-1718
neimer@eimerstahl.com
jtheis@eimerstahl.com

| | |
|---|---|
| Daniel W. Nelson | George A. Nicoud III |
| Joshua Lipton | Austin V. Schwing |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1050 Connecticut Avenue, NW | 555 Mission Street |
| Washington, DC 20036-5306 | San Francisco, CA 94105-2933 |
| (202) 955-8500 | (415) 393-8200 |
| dnelson@gibsondunn.com | tnicoud@gibsondunn.com |
| jlipton@gibsondunn.com | aschwing@gibsondunn.com |

**Counsel for International Paper Company**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2011, a true and correct copy of the foregoing **Defendant International Paper Company's Motion to Dismiss the Consolidated and Amended Complaint** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Nathan P. Eimer*
Nathan P. Eimer
An Attorney for Defendant International Paper Company