**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

Kleen Products LLC, et al.

                        Plaintiff,

v.                                          Case No.: 1:10−cv−05711
                                          Honorable Milton I. Shadur

Packaging Corporation of America, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 8, 2011:

      MINUTE entry before Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. In sum, Plaintiffs have successfully pleaded an antitrust claim. All of Defendants' motions to dismiss [115][119][121][124][127][134][137] are denied, and Defendants are ordered to answer the Complaint on or before May 2, 2011. If and to the extent that the parties have not previously engaged in the advance disclosures called for by Rule 26(a), they are ordered to do so by that same May 2, date. Status hearing set for 5/9/2011 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.