# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC, et al. individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, et al,<br><br>Defendants. | Civil Case No. 1:10-cv-05711<br><br>Hon. Nan R. Nolan |

## [PROPOSED] RESTRICTING ORDER

On February 6, 2012, the Defendants moved unopposed to enter an order allowing briefing materials for the February 21, 2012 hearing on the discovery of electronic information to be filed under seal. Having considered this motion, and being fully advised in this matter, and finding good cause, **IT IS HEREBY ORDERED**

The parties will file confidential materials cited in the initial briefs, due February 6, 2012, and any reply briefs, due February 13, 2012, under seal as provided in LR 26.2.

No individuals other than the parties and counsel of record may have access to the sealed documents without further order of this Court.

Upon conclusion of the case, the documents filed under seal pursuant to this Order must be disposed of according to the terms of the August 15, 2011 Protective Order.

DATED: February 6, 2012

BY THE COURT:

/s/ Nan R. Nolan
Hon. Nan R. Nolan