# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:10-cv-05711 |
| Kleen Products LLC et al v. Packaging Corporation of America et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kleen Products LLC; Ferraro Foods of North Carolina, LLC; Ferraro Foods, Inc.; Distributors Packaging Group, LLC; RHE Hatco, Inc.; R.P.R. Enterprises, Inc.; Chandler Packaging, Inc.; Mighty Pac, Inc.; (Plaintiffs)

| | |
|---|---|
| NAME (Type or print) <br> Robert J. Wozniak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Wozniak | |
| FIRM <br> Freed Kanner London & Millen LLC | |
| STREET ADDRESS <br> 2201 Waukegan Road, Suite 130 | |
| CITY/STATE/ZIP <br> Bannockburn, IL 60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288799 | TELEPHONE NUMBER <br> (224) 632-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |