**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Kleen Products LLC, et al.
                                        Plaintiff,

v.                                             Case No.: 1:10−cv−05711
                                                       Honorable Milton I. Shadur

Packaging Corporation of America, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 10, 2012:

       MINUTE entry before Honorable Nan R. Nolan: Evidentiary Hearing set for 2/21/2012 is amended to begin at 09:00 a.m. in courtroom 1719. Counsel are reminded to contact Courtroom Technology Administrator Joseph Novak at (312) 435−6045, regarding any equipment counsel may require for the hearing.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.