# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5711 | **DATE** | 2/21/2012 |
| **CASE TITLE** | Kleen Products LLC et al vs. Packaging Corporation of America et al | | |

**DOCKET ENTRY TEXT**

Evidentiary hearing held on 2/21/2012 and continued 3/28/2012 at 08:00 AM.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|