# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5711 | **DATE** | 3/12/2012 |
| **CASE TITLE** | Kleen Products vs. Packaging Corp. | | |

**DOCKET ENTRY TEXT**

Marc L. Greenwald is granted leave to appear pro hac vice on behalf of the defendant, Georgia-Pacific LLC. (306-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|