## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Kleen Products LLC, et al.

                      Plaintiff,

v.                                               Case No.: 1:10−cv−05711
                                                       Honorable Milton I. Shadur

Packaging Corporation of America, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 19, 2012:

    MINUTE entry before Honorable Nan R. Nolan:Rule 16 conference held on 4/19/2012 and continued to 5/22/2012 at 02:30 PM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.