# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5711 | **DATE** | 5/24/2012 |
| **CASE TITLE** | Kleen Products LLC, et al. vs. Packaging Corporation of America, et al. | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held on 5/22/2012 and continued for all parties to 6/19/2012 at 10:00 AM. Rule 16 conference with only Plaintiffs and Defendant Temple-Inland is set for 5/30/2012 at 10:00 AM. Rule 16 conference with only Plaintiffs and Defendant International Paper is set for 5/31/2012 at 10:00 AM. Rule 16 conference with only Plaintiffs and Defendant Georgia Pacific is set for 5/31/2012 at 2:00 PM. A more detailed minute order will follow.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|