# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5711 | **DATE** | 6/8/2012 |
| **CASE TITLE** | Kleen Products, LLC, et al. vs. Packaging Corporation of America, et al. | | |

**DOCKET ENTRY TEXT**

    At the 5/31/2012 Rule 16 conference, Plaintiffs and Defendant Georgia Pacific each agreed to produce the names and titles of all persons who have received a litigation hold notice related to this action, along with the date that the notice was made. If the exact date of the notice cannot be readily determined, an approximate range of dates will be provided. The production of the names of persons receiving the litigation hold notice shall not constitute a waiver of the work-product doctrine or any other privilege.

    Defendant Georgia Pacific also agreed to include James Hannan, Chief Executive Officer and President, as a document custodian. As discussed at the conference, the Court finds that the mere fact that Hannan is included as a custodian does not automatically trigger any further discovery obligations such as depositions, interrogatories, etc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|