# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5711 | **DATE** | 6/8/2012 |
| **CASE TITLE** | Kleen Products, LLC, et al. vs. Packaging Corporation of America, et al. | | |

**DOCKET ENTRY TEXT**

    Rule 16 conference between Plaintiffs and Defendant Temple-Inland held on 5/30/2012. As stated on the record, various agreements were reached. Rule 16 conference between Plaintiffs and Defendant International Paper held on 5/31/2012. As stated on the record, various agreements were reached. Rule 16 conference between Plaintiffs and Defendant Georgia Pacific held on 5/31/2012. As stated on the record and in a separately issued minute order, various agreements were reached.

    A Rule 16 conference with all parties is scheduled for 6/19/2012 at 1:30 PM.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|