# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5711 | **DATE** | 6/12/2012 |
| **CASE TITLE** |  | Kleen Products LLC vs. Packaging Corp. Of America | |

**DOCKET ENTRY TEXT**

Anthony D. Shapiro is granted leave to appear pro hac on behalf of the Plaintiff, Kleen Products LLC. (329-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|