**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KLEEN PRODUCTS LLC, et al. individually and on behalf of all those similarly situated, | |
| Plaintiff, | Civil Case No. 1:10-cv-05711 |
| v. | Hon. Milton I. Shadur |
| PACKAGING CORPORATION OF AMERICA, et al, | Hon. Nan R. Nolan |
| Defendants. | |

## GEORGIA-PACIFIC LLC'S MOTION SEEKING LEAVE TO FILE UNDER SEAL

Defendant Georgia-Pacific LLC ("Georgia-Pacific") respectfully submits this Motion Seeking Leave to File Under Seal its motion for a protective order regarding Plaintiffs' Sixth Interrogatory Directed to Georgia-Pacific (the "Motion for Protective Order").

The Motion for Protective Order and certain exhibits thereto directly reference materials designated Confidential, Highly Confidential or Outside Attorneys Eyes Only under the terms of the Protective Order, entered in this action on August 15, 2011.

Accordingly, Georgia-Pacific requests leave of the Court to file the Motion for Protective Order and certain exhibits thereto under seal.

DATED: New York, New York
August 14, 2012

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Stephen R. Neuwirth
    Stephen R. Neuwirth
    Deborah K. Brown
    Sami H. Rashid

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
stephenneuwirth@quinnemanuel.com

FIGLIULO & SILVERMAN, P.C.

    James R. Figliulo
    10 South LaSalle Street, Suite 3600
    Chicago, Illinois 60603
    Tel.: (312) 251-4600
    Fax: (312) 251-4610
    jfigliulo@fslegal.com

*Attorneys for Defendant Georgia-Pacific LLC*