# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC, et al. individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, et al,<br><br>　　　　Defendants. | Civil Case No. 1:10-cv-05711<br><br>Hon. Harry D. Leinenweber |

### MOTION FOR WITHDRAWAL OF JENNIFER S. DIVER AS COUNSEL

Pursuant to Local Rule 83.17, Weyerhaeuser Company hereby moves this court to withdraw Jennifer S. Diver as counsel of record for Defendant Weyerhaeuser Company in the above-captioned matter as she is no longer with the firm of McDermott Will & Emery LLP. All other counsel of record from McDermott Will & Emery will continue to represent Defendant Weyerhaeuser Company in this matter and no delay in the progress of this action will result from Ms. Diver's withdrawal.

WHEREFORE, Weyerhaeuser Company requests that this Motion for Withdrawal be granted and that Jennifer S. Diver be removed from all service lists and no longer receives electronic notices in this case.

Dated: February 18, 2014

Respectfully submitted,

WEYERHAEUSER COMPANY

By: /s/ Michelle S. Lowery
     One of its Attorneys

David Marx Jr.
Stephen Y. Wu
Michelle S. Lowery
**McDermott Will & Emery LLP**
227 W. Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
dmarx@mwe.com
swu@mwe.com
mslowery@mwe.com

Megan V. Morley
**McDermott Will & Emery LLP**
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
mmorley@mwe.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 18, 2014, a true and correct copy of the foregoing Motion for Withdrawal of Jennifer S. Diver as Counsel was electronically filed with the Clerk of the Court for the Northern District of Illinois using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michelle S. Lowery

DM_US 49735384-1.064750.0012