**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KLEEN PRODUCTS LLC, et al. individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, et al,<br><br>        Defendants. | Civil Case No. 1:10-cv-05711<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF MOTION FOR WITHDRAWAL OF JENNIFER S. DIVER AS COUNSEL

PLEASE TAKE NOTICE that on February 25, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the Honorable Harry D. Leinenweber or any judge sitting in his stead, in Courtroom 1941 of the United States District Court for the Northern District of Illinois, Eastern District, 219 South Dearborn Street, Chicago, Illinois, and then and there present Weyerhaeuser Company's Motion for Withdrawal of Jennifer S. Diver as Counsel, a copy of which is hereby served upon you.

Dated: February 18, 2014  Respectfully submitted,

WEYERHAEUSER COMPANY

By: /s/ Michelle S. Lowery
    One of its Attorneys

David Marx Jr.
Stephen Y. Wu
Michelle S. Lowery
**MCDERMOTT WILL & EMERY LLP**
227 W. Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
dmarx@mwe.com
swu@mwe.com
mslowery@mwe.com

Megan V. Morley
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
mmorley@mwe.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 18, 2014, a true and correct copy of the foregoing Notice of Motion for Withdrawal of Rachael Lewis as Counsel was electronically filed with the Clerk of the Court for the Northern District of Illinois using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michelle S. Lowery

DM_US 49768351-1.064750.0012