**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KLEEN PRODUCTS LLC, et al.,

        Plaintiffs,

    v.

PACKAGING CORPORATION OF
AMERICA, et al.,

        Defendants.

No. 1:10-cv-05711

Honorable Harry D. Leinenweber

**PLAINTIFFS' SUPPLEMENTAL REPLY IN SUPPORT OF**
**MOTION TO COMPEL DEFENDANT ROCKTENN CP, LLC TO AMEND ITS**
**PRIVILEGE LOG AND PRODUCE CERTAIN DOCUMENTS**

Plaintiffs submit this short supplemental reply to clarify a statement in RockTenn's Response to Plaintiffs' Supplemental Brief (ECF No. 608). Specifically, RockTenn asserts that "Plaintiffs refused to meet and confer with RockTenn during the re-review process." *Id*. at 1. That statement is misleading at best. In fact, RockTenn notified Plaintiffs by e-mail late on Friday, January 31, 2014 (after 5 p.m.) that it was completing a re-review of its privilege log and would be making a supplemental document production. In that e-mail, RockTenn's counsel also asked if Plaintiffs were interested in meeting and conferring. On February 2, 2014, Plaintiffs responded that they would gladly meet and confer after having an opportunity to assess RockTenn's revised privilege log and supplemental document production. RockTenn produced its revised privilege log 12 days later on February 14 and sent Plaintiffs certain previously withheld documents on February 8 and February 14 (received on February 10 and 17 respectively). The parties then spoke briefly on February 21, 2014, but did not engage in any substantive discussions about the revised privilege log or documents produced – though Plaintiffs never refused to do so.

Dated:  March 12, 2014                              Respectfully submitted,


*/s/ Michael J. Freed*
Michael J. Freed                                    Daniel J. Mogin
Robert J. Wozniak                                   **THE MOGIN LAW FIRM, P.C.**
**FREED KANNER LONDON**                             707 Broadway, Suite 1000
  **& MILLEN LLC**                                  San Diego, CA 92101
2201 Waukegan Road, Suite 130                       T: (619) 687-6611
Bannockburn, IL 60015                               F: (619) 687-6610
T: (224) 632-4500                                   dmogin@moginlaw.com
F: (224) 632-4521
mfreed@fklmlaw.com
rwozniak@fklmlaw.com


*Co-Lead Counsel for the Proposed Class*


David W. Kesselman                                  W. Joseph Bruckner
Trevor V. Stockinger                                Brian D. Clark
Amy T. Brantly                                      Devona L. Wells
Roya Rahmanpour                                     **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**GOLDBERG, LOWENSTEIN &**                          100 Washington Avenue South, Suite 2200
**WEATHERWAX LLP**                                  Minneapolis, MN 55401
11400 W. Olympic Blvd., Suite 400                   T: (612) 339-6900
Los Angeles, CA 90064                               F: (612) 339-0981
T: (310) 307-4500
F: (310) 307-4509


*Counsel for the Proposed Class*