## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, *et al.*,<br><br>Defendants. | No.: 1:10-cv-05711<br><br>Honorable Harry D. Leinenweber |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 3, 2014 at 9:30 a.m., the undersigned counsel will appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Room 1941 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion to Compel Deutsche Bank Securities Inc.'s Compliance with the Court's May 19, 2014 Order.

Dated: August 15, 2014

       *s/ Michael J. Freed*
MICHAEL J. FREED
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015 USA
T: (224) 632-4500

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Ste. 1000
San Diego, CA 92101
T: (619) 687-6611

*Interim Co-Lead Class Counsel*