

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC, *et al.* individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, *et al.*,<br><br>        Defendants. | Case No. 1:10-cv-05711<br><br>Hon. Harry D. Leinenweber |

## ORDER GRANTING ADVANCEMENT OF EXPENSES

WHEREAS, on September 3, 2014, this Court granted final approval (Dkt. No. 734) of the Settlement Agreement between Plaintiffs Kleen Products LLC, R.P.R. Enterprises, Inc., Mighty Pac, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, MTM Packaging Solutions of Texas, LLC, RHE Hatco, Inc., and Chandler Packaging, Inc. (collectively, "Plaintiffs") and Defendant Packaging Corporation of America ("PCA") on behalf of the Settlement Class;

WHEREAS, the Settlement Agreement provides "Class Counsel may use the Settlement Fund for payment of interim expenses incurred by Plaintiffs' counsel for prosecution of the Action on behalf of the Class against non-settling defendants;"

WHEREAS, Plaintiffs have filed a motion seeking an advancement from the PCA Settlement Fund for payment of future litigation expenses (Dkt. No. 750);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiffs' Counsel shall be entitled to an advance from the PCA settlement fund of an amount not to exceed the amount requested in their Motion for Advancement of Expenses, said funds to be used by Plaintiffs for the sole purpose of prosecuting this action on behalf of the Class against non-settling defendants.

**SO ORDERED.**

Dated this 24th day of September, 2014.

_____
Harry D. Leinenweber
United States District Court Judge