# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC, *et al.*, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 1:10-cv-05711 |
| v. | Hon. Harry D. Leinenweber |
| INTERNATIONAL PAPER CO., *et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION TO STRIKE
## THE REPLY EXPERT REPORT OF DR. DOUGLAS ZONA AND
## NEW ANALYSES IN THE REPLY EXPERT REPORT OF DR. MARK DWYER

Pursuant to Rules 26(a) and 37(c)(1) of the Federal Rules of Civil Procedure, Defendants

Georgia-Pacific LLC, Temple-Inland Inc., International Paper Company, RockTenn CP, LLC,

and Weyerhaeuser Company ("Defendants") respectfully move this Court to strike the

Declaration of Dr. J. Douglas Zona [Dkt. 826-4] in its entirety and (as further detailed in

Defendants' accompanying Memorandum of Law) the new analyses set forth in the Reply

Report of Dr. Mark Dwyer [Dkt. 826-3] submitted with Plaintiffs' Reply [Dkt. No. 826] in

support of their Motion for Class Certification, on two primary grounds:

1.      Plaintiffs' submission of admittedly new analyses and analytical models offered
by Zona and Dwyer in their respective "reply" reports exceeds the scope of proper "rebuttal" and
violates the expert disclosure provisions set forth in the Court's Third Amended Scheduling
Order [Dkt. No. 733] ("SO") and Rule 26(a).  Zona is a brand new expert, who purports to offer
analytical models intended to show impact and damages to the putative class—the same thing
that Dwyer attempts to do—despite never being disclosed by Plaintiffs as a class certification
expert in accordance with the SO.  Zona's empirical work is based on the same data that was
made available to Dwyer for his own modeling.  For these reasons, Zona's "reply" report should
be stricken in its entirety.

2.      Allowing Plaintiffs to submit these new expert analyses on reply would
effectively require a restart of the class certification process—entailing additional depositions,
sur-replies from Defendants and their experts, and a corresponding delay in the scheduled merits
proceedings.  This would impose significant and unnecessary cost, burden, and delay in deciding

Plaintiffs' motion for class certification and bringing this case to resolution.

In support of this Motion, and incorporated by reference herein, Defendants submit their accompanying Memorandum of Law and Exhibit A thereto.

**WHEREFORE**, Defendants respectfully request that this Court grant their Motion and accordingly strike Zona's "reply" report in its entirety and the new analyses set forth in Dwyer's "reply" report as identified in Defendants' accompanying Memorandum of Law.

Dated: January 27, 2015

Respectfully submitted,

/s/ *Ryan A. Shores*
Ryan A. Shores
Hunton & Williams LLP
2200 Pennsylvania Ave. Nw
Washington, DC 20037
(202) 955-1500
rshores@hunton.com

*Attorneys for Defendant* GEORGIA-PACIFIC LLC, *and for purposes of this Motion only, on behalf of* TEMPLE-INLAND INC., INTERNATIONAL PAPER COMPANY, ROCKTENN CP, LLC, *and* WEYERHAEUSER COMPANY

## CERTIFICATE OF SERVICE

I, Ryan A. Shores, an attorney, hereby certify that on January 27, 2015, I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION TO STRIKE THE REPLY EXPERT REPORT OF DR. DOUGLAS ZONA AND NEW ANALYSES IN THE REPLY EXPERT REPORT OF DR. MARK DWYER**, to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Ryan A. Shores*
Ryan A. Shores
Hunton & Williams LLP
2200 Pennsylvania Ave. Nw
Washington, DC 20037
(202) 955-1500
rshores@hunton.com