Kleen Products LLC, et al.
          Plaintiff,

v.                 Case No.: 1:10−cv−05711
                 Honorable Harry D. Leinenweber

International Paper, et al.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2015:

  MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to the Memorandum Opinion and Order dated 3/26/2015, Defendants Motion to Strike [ECF No. 845] is granted in part and denied in part. Plaintiffs Class Certification Motion [ECF No. 657] is granted. Named Plaintiffs are hereby designated as class representatives, and Michael J. Freed of Freed Kanner London & Millen LLC and Daniel J. Mogin of The Mogin Law Firm, P.C., are hereby designated as Co−Lead Counsel.Because the Court's memorandum and opinion order includes a large amount of information taken from sealed documents, the order is also filed under seal. Physical copies of the Court's order are available for pick up. Status hearing set for 4/23/2015 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.