UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLEEN PRODUCTS LLC, *et al.*, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 1:10-cv-05711<br><br>Hon. Harry D. Leinenweber<br><br>*PUBLIC REDACTED VERSION* |

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | DOCUMENT NO. |
|---|---|---|
| 1. | Li, H & Luo, J, Industry Consolidation and Price in the U.S. Linerboard Industry, Journal of Forest Economics 14 (2008) 93–115 | |
| 2. | Excerpts of Transcript of September 16, 2015 Deposition of Dr. Kevin M. Murphy | **Filed Under Seal** |
| 3. | Woodridge, J, Introduction Economics: A Modern Approach (5th Ed. 2013) | |
| 4. | Chart Using One Step Ahead Technique | **Filed Under Seal** |
| 5. | Exhibit 8 to September 16, 2014 Deposition of Dennis Vesci | Temple-Inland 00131097-122<br><br>**Filed Under Seal** |
| 6. | July 31, 2009 Containerboard Packaging Review | GP-KLEEN00982783<br><br>**Filed Under Seal** |
| 7. | July 27, 2012 Letter from Sami H. Rashid to Daniel J. Mogin | **Filed Under Seal** |