# EXHIBIT A

**Deposition Transcripts**

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Adams, Michael | 10/8/2014 | $1,264.82 | -- | -- | -- | -- | -- | $1,264.82 |
| Ali, Arif | 4/29/2014 | $1,553.77 | -- | -- | -- | -- | -- | $1,553.77 |
| Arp, Jeffrey M. | 2/21/2014 | $962.29 | -- | -- | -- | -- | -- | $962.29 |
| Baker, Barry | 11/7/2014 | $1,107.37 | -- | -- | -- | -- | -- | $1,107.37 |
| Ballard, Travis | 8/14/2013 | $1,589.50 | $61.20 | $1,028.50 | $17.50 | -- | $140.00[3] | $2,836.70 |
| Ballard, Travis | 8/15/2013 | $1,015.75 | $13.00 | $657.25 | $17.50 | -- | $95.00[4] | $1,798.50 |
| Barcelona, Dean | 6/18/2014 | $526.50 | $41.60 | $234.00 | $35.00 | -- | -- | $837.10 |
| Bergwall, Timothy L. | 11/14/2014 | $463.50 | $40.40 | -- | $35.00 | -- | -- | $538.90 |
| Blanchard, Mathew | 4/3/2014 | $1,312.87 | -- | -- | -- | -- | -- | $1,312.87 |
| Bohm, Carl R. | 10/28/2014 | $1,122.23 | -- | -- | -- | -- | -- | $1,122.23 |
| Bremner, Paul | 1/23/2014 | $442.00 | -- | $286.00 | $17.50 | -- | $95.00[5] | $840.50 |

---

[1] This category includes fees for rough draft transcripts and Realtime transcription.
[2] Certain depositions transcripts were associated with additional fees or costs. The total amount of additional fees is listed in this column, and descriptions of the fees are included in footnotes.
[3] "TotalTranscript" CD fee ($45.00); computer rental ($50.00); evening/weekend fee ($45.00).
[4] "TotalTranscript" CD fee ($45.00); computer rental ($50.00).
[5] "TotalTranscript" CD fee ($45.00); computer rental ($50.00).

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Burton, Larry L. | 6/11/2014 | $1,047.36 | -- | -- | -- | -- | -- | $1,047.36 |
| Butler, Michael | 6/19/2014 | $862.14 | -- | -- | -- | -- | -- | $862.14 |
| Carlton, Dennis | 10/28/2014 | $1,039.13 | -- | -- | -- | -- | -- | $1,039.13 |
| Carlton, Dennis | 10/7/2015 | $1,503.63 | -- | -- | -- | -- | -- | $1,503.63 |
| Carr, Shelley A. | 11/20/2013 | $845.65 | -- | -- | -- | -- | -- | $845.65 |
| Chandler, John Charles | 3/13/2013 | $1,955.36 | $24.15 | $665.50 | $17.50 | -- | $434.00[6] | $3,096.51 |
| Cleves, Thomas | 9/5/2014 | $1,041.12 | -- | -- | -- | -- | -- | $1,041.12 |
| Cunningham, Lawrence | 2/17/2016 | $1,175.00 | $156.00 | $705.00 | $35.00 | $164.50 | $25.00[7] | $2,260.50 |
| Denton, Matthew | 9/4/2014 | $2,123.82 | -- | -- | -- | -- | -- | $2,123.82 |
| Denton, Scott | 11/20/2014 | $1,414.37 | -- | -- | -- | -- | -- | $1,414.37 |
| Dunning, Arthur S. | 9/10/2013 | $1,259.08 | -- | -- | -- | -- | -- | $1,259.08 |
| Dupuy, Rebecca | 9/26/2013 | $876.05 | -- | -- | -- | -- | -- | $876.05 |

---

[6] "TotalTranscript" CD fee ($20.00); attendance fee ($400.00); parking and tolls ($14.00).
[7] Shipping and delivery fee.

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Dupuy, Rebecca Anne | 12/6/2013 | $1,885.50 | -- | -- | -- | -- | -- | $1,885.50 |
| Ealy, Cato | 8/14/2014 | $1,039.39 | -- | -- | -- | -- | -- | $1,039.39 |
| Exner, Michael Patrick | 3/20/2014 | $1,402.58 | -- | -- | -- | -- | -- | $1,402.58 |
| Faraci, John V. | 11/5/2014 | $1,963.62 | -- | -- | -- | -- | -- | $1,963.62 |
| Fischer, Christian | 10/22/2014 | $1,562.65 | -- | -- | -- | -- | -- | $1,562.65 |
| Foley, Cathy | 6/2/2014 | $597.86 | -- | -- | -- | -- | -- | $597.86 |
| Gideon, Thomas | 1/31/2014 | $837.87 | -- | -- | -- | -- | -- | $837.87 |
| Gordon, Kit | 2/27/2014 | $1,710.77 | -- | -- | -- | -- | -- | $1,710.77 |
| Gould, Mattie | 11/6/2014 | $1,750.04 | -- | -- | -- | -- | -- | $1,750.04 |
| Gould, Mattie | 11/7/2014 | $907.92 | -- | -- | -- | -- | -- | $907.92 |
| Grimsley, Clay | 4/17/2012 | $1,045.00 | $6.90 | $261.25 | $40.00 | -- | $382.00[8] | $1,735.65 |
| Hannan, James | 12/8/2014 | $1,618.26 | -- | -- | -- | -- | -- | $1,618.26 |
| Harris, Michael J. | 2/8/2016 | $1,022.50 | $196.20 | $1,227.00 | $35.00 | $143.15 | $25.00[9] | $2,648.85 |

---

[8] "TotalTranscript" CD fee ($45.00); attendance fee ($337.50).
[9] Shipping and delivery fee.

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Haudrich, John A. | 2/28/2014 | $1,621.04 | -- | -- | -- | -- | -- | $1,621.04 |
| Hayman, Thomas J. | 10/10/2014 | $1,818.98 | -- | -- | -- | -- | -- | $1,818.98 |
| Hoaglund, Karen | 7/29/2014 | $1,464.55 | -- | -- | -- | -- | -- | $1,464.55 |
| Hoel, William | 6/13/2014 | $1,028.95 | -- | -- | -- | -- | -- | $1,028.95 |
| Hughes Jr., Joseph Martin | 11/19/2014 | $475.81 | -- | -- | -- | -- | -- | $475.81 |
| Hunt, Craig | 4/14/2015 | $1,769.44 | -- | -- | -- | -- | -- | $1,769.44 |
| John, Roland Hans | 10/28/2014 | $416.89 | -- | -- | -- | -- | -- | $416.89 |
| Karalis, David A. | 8/13/2014 | $1,145.02 | -- | -- | -- | -- | -- | $1,145.02 |
| Keller, James | 1/17/2014 | $1,377.58 | -- | -- | -- | -- | -- | $1,377.58 |
| Keller, James | 11/21/2014 | $1,022.09 | -- | -- | -- | -- | -- | $1,022.09 |
| Kenyon, Rachel | 4/16/2014 | $923.62 | -- | -- | -- | -- | -- | $923.62 |
| Kirkpatrick, James | 4/9/2014 | $1,039.72 | -- | -- | -- | -- | -- | $1,039.72 |
| Kirshner, Robert A. | 12/11/2014 | $1,077.86 | -- | -- | -- | -- | -- | $1,077.86 |
| Klinger, Steven J. | 11/3/2014 | $914.95 | -- | -- | -- | -- | -- | $914.95 |

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Klinger, Steven J. | 11/4/2014 | $3,027.98 | -- | -- | -- | -- | -- | $3,027.93 |
| Knudsen, John | 9/17/2014 | $1,883.82 | -- | -- | -- | -- | -- | $1,883.82 |
| Lajeunesse, Donna | 9/25/2013 | $1,122.82 | -- | -- | -- | -- | -- | $1,122.82 |
| Landau Glenn | 10/21/2014 | $1,225.77 | -- | -- | -- | -- | -- | $1,225.77 |
| Landau, Glenn | 10/22/2014 | $542.45 | -- | -- | -- | -- | -- | $542.45 |
| Lanthier, Robert | 2/27/2014 | $1,144.59 | -- | -- | -- | -- | -- | $1,144.59 |
| Lanthier, Robert | 9/23/2014 | $872.97 | -- | -- | -- | -- | -- | $872.97 |
| Levin, William Robert | 3/10/2015 | $1,299.34 | -- | -- | -- | -- | -- | $1,299.34 |
| Lewis, James | 2/5/2014 | $982.28 | -- | -- | -- | -- | -- | $982.28 |
| Lind, Roy C. | 4/16/2014 | $1,062.77 | -- | -- | -- | -- | -- | $1,062.77 |
| Lindsay, William P. | 10/10/2014 | $541.16 | -- | -- | -- | -- | -- | $541.16 |
| Lucido, Patrick James | 11/20/2013 | $442.89 | -- | -- | -- | -- | -- | $442.89 |
| Maley III, John Patrick | 10/15/2014 | $1,614.97 | -- | -- | -- | -- | -- | $1,614.97 |
| Markus, Dan | 11/20/2014 | $313.41 | -- | -- | -- | -- | -- | $313.41 |
| Martens, Peter | 12/19/2013 | $837.55 | -- | -- | -- | -- | -- | $837.55 |

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Mathis, Chris | 8/14/2014 | $1,254.22 | -- | -- | -- | -- | -- | $1,254.22 |
| Moore, Patrick | 12/18/2014 | $2,160.36 | -- | -- | -- | -- | -- | $2,160.36 |
| Mow, D'Raye | 5/1/2014 | $795.60 | $86.40 | -- | $35.00 | -- | $55.00[10] | $972.00 |
| Nicholls, Tim | 4/3/2014 | $787.89 | -- | -- | -- | -- | -- | $787.89 |
| Norton, Larry | 8/27/2014 | $1,446.17 | -- | -- | -- | -- | -- | $1,446.17 |
| Ordover, Janusz A. | 10/30/2014 | $1,029.17 | -- | -- | -- | -- | -- | $1,029.17 |
| Petracek, Todd K. | 3/19/2014 | $1,122.00 | $33.20 | $726.00 | $17.50 | -- | $45.00[11] | $1,943.70 |
| Plante, Maurice | 10/14/2014 | $719.27 | -- | -- | -- | -- | -- | $719.27 |
| Polivka, Mark | 1/30/2014 | $881.77 | -- | -- | -- | -- | -- | $881.77 |
| Polivka, Mark | 4/25/2014 | $1,097.24 | -- | -- | -- | -- | -- | $1,097.24 |
| Ragsdale, George | 8/1/2012 | $1,515.80 | -- | -- | -- | -- | -- | $1,515.80 |
| Ramm, Robert | 4/24/2014 | $659.25 | $17.40 | $586.00 | $35.00 | -- | -- | $1,297.65 |
| Ready, Mark J. | 8/26/2015 | $966.32 | -- | -- | -- | -- | -- | $966.32 |

---

[10] Attendance fee.
[11] "TotalTranscript" CD fee.

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Rehwinkel, Mike | 9/11/2014 | $1,214.70 | -- | -- | -- | -- | -- | $1,214.70 |
| Roberts, Carol | 9/16/2014 | $1,352.82 | -- | -- | -- | -- | -- | $1,352.82 |
| Rogel, Steven | 4/8/2015 | $1,091.04 | -- | -- | -- | -- | -- | $1,091.04 |
| Royalty Jr., James P. | 12/6/2013 | $1,117.96 | -- | -- | -- | -- | -- | $1,117.96 |
| Schwartz, Douglas L. | 11/5/2014 | $1,269.56 | -- | -- | -- | -- | -- | $1,269.56 |
| Simons, Doyle | 11/13/2014 | $1,256.51 | -- | -- | -- | -- | -- | $1,256.51 |
| Skupsky, Donald | 8/20/2015 | $732.80 | -- | -- | -- | -- | -- | $732.80 |
| Thomas, Linda | 11/14/2014 | $763.43 | -- | -- | -- | -- | -- | $763.43 |
| Topel, Robert H. | 10/1/2015 | $1,598.72 | -- | -- | -- | -- | -- | $1,598.72 |
| Townsend, Keith R. | 11/19/2013 | $458.31 | -- | -- | -- | -- | -- | $458.31 |
| Van Sims, John | 4/2/2014 | $1,041.83 | -- | -- | -- | -- | -- | $1,041.83 |
| Vesci, Dennis | 9/16/2014 | $1,174.12 | -- | -- | -- | -- | -- | $1,174.12 |
| Wilde, Mark | 5/5/2015 | $1,428.00 | $427.40 | -- | $25.00 | -- | $20.00[12] | $1,900.40 |
| Yerke, John | 4/3/2014 | $827.09 | -- | -- | -- | -- | -- | $827.09 |

---

[12] "TotalTranscript" CD fee.

| Deponent | Date of Deposition | Certified Transcript | Exhibits | Rough Draft[1] | Processing and Handling Fee | Expert / Technical Testimony Fee | Additional Fees[2] | Total Transcript Costs Sought |
|---|---|---|---|---|---|---|---|---|
| Young, Steven A. | 11/18/2014 | $1,831.72 | -- | -- | -- | -- | -- | $1,831.72 |
| Zimbelman, Ron | 4/1/2014 | $997.43 | -- | -- | -- | -- | -- | $997.43 |
| Zona, J. Douglas | 3/30/2015 | $2,178.06 | -- | -- | -- | -- | -- | $2,178.06 |
| Zona, J. Douglas | 2/11/2016 | $792.50 | $78.20 | $475.50 | $35.00 | $110.95 | $25.00[13] | $1,517.15 |
| | | | | | | | **Total** | **$122,611.80** |

---

[13] Shipping and delivery fee.

**Deposition Video Recordings**

| Deponent | Date of Deposition | Video - Additional Hours | Tape Stock - Digitizing | Processing and Handling Fee | Legalink Viewer (CD/DVD) | Additional Fees[14] | Total Video Recording Costs Sought |
|---|---|---|---|---|---|---|---|
| Adams, Michael | 12/9/2015 | $720.00 | -- | -- | -- | $60.00[15] | $780.00 |
| Ballard, Travis (Questioning Camera) | 8/14/2013 | $865.00 | $120.00 | -- | $380.00 | $284.46[16] | $1,649.46 |
| Ballard, Travis (Defending Camera) | 8/14/0213 | $865.00 | $120.00 | -- | $380.00 | $284.46[17] | $1,649.46 |
| Ballard, Travis (Questioning Camera) | 8/15/2013 | $640.00 | $90.00 | -- | $285.00 | $90.08[18] | $1,105.08 |
| Ballard, Travis (Defending Camera) | 8/15/2013 | $640.00 | $90.00 | -- | $285.00 | $90.08[19] | $1,105.08 |
| Bremner, Paul | 1/23/2014 | $370.00 | $50.00 | -- | -- | $37.28[20] | $457.28 |

---

[14] Certain video recordings were associated with additional fees or costs. The total amount of additional fees is listed in this column, and descriptions of the fees are included in footnotes.
[15] Shipping & handling.
[16] Sales tax ($134.46); after hours rate ($150.00).
[17] Sales tax ($134.46); after hours rate ($150.00).
[18] Sales tax.
[19] Sales tax.
[20] Sales tax.

| Deponent | Date of Deposition | Video - Additional Hours | Tape Stock - Digitizing | Processing and Handling Fee | Legalink Viewer (CD/DVD) | Additional Fees[14] | Total Video Recording Costs Sought |
|---|---|---|---|---|---|---|---|
| Carlton, Dennis | 10/28/2014 | $860.00 | -- | -- | -- | -- | $860.00 |
| Carlton, Dennis | 10/07/2015 | $830.00 | -- | -- | -- | -- | $830.00 |
| Chandler, John Charles | 3/13/2013 | $925.00 | $90.00 | $25.00 | $450.00 | $132.24[21] | $1,622.24 |
| Dwyer, Mark J. | 8/12/2014 | $680.00 | -- | -- | -- | -- | $680.00 |
| Dwyer, Mark J. | 3/25/2015 | $765.00 | -- | -- | -- | -- | $765.00 |
| Fischer, Christian | 10/23/2014 | $800.00 | -- | -- | -- | -- | $800.00 |
| Gordon, Kit | 2/27/2014 | $840.00 | -- | -- | -- | -- | $840.00 |
| Grimsley, Clay | 4/17/2012 | $845.00 | -- | -- | -- | $74.99[22] | $919.99 |
| Hannan, James | 12/8/2014 | $556.00 | -- | -- | -- | -- | $556.00 |
| Harris, Michael J. | 7/22/2014 | $765.00 | -- | -- | -- | -- | $765.00 |
| Harris, Michael J. | 3/26/2015 | $892.50 | -- | -- | -- | $30.00[23] | $922.50 |
| Hilliard, Mollie | 12/12/2013 | $840.00 | -- | -- | -- | -- | $840.00 |
| Petracek, Todd K. | 3/19/2014 | $775.00 | $75.00 | $25.00 | $450.00 | $117.59[24] | $1,442.59 |

---

[21] Sales tax.
[22] Sales tax.
[23] Shipping and delivery.
[24] Sales tax.

| Deponent | Date of Deposition | Video - Additional Hours | Tape Stock - Digitizing | Processing and Handling Fee | Legalink Viewer (CD/DVD) | Additional Fees[14] | Total Video Recording Costs Sought |
|---|---|---|---|---|---|---|---|
| Zona, Douglas | 3/30/2015 | $720.00 | -- | -- | -- | -- | $720.00 |
| | | | | | | **Total** | **$19,309.68** |

**Necessarily Obtained Copying Costs**

| Description | Invoice Date | Total Copying Costs Sought |
|---|---|---|
| Travis Ballard Deposition - Color Copies | 8/14/2013 | $378.00 |
| Mark Ready Deposition Materials - Color Copies | 8/20/2015 | $505.20 |
| Mark Ready Deposition Materials - Color Copies | 8/20/2015 | $153.00 |
| Mark Ready Deposition Materials - Color Copies | 8/24/2015 | $114.60 |
| Dennis Carlton Deposition Materials - Color Copies | 9/28/2015 | $2,203.20 |
| Dennis Carlton Deposition Materials - Color Copies | 9/28/2015 | $867.00 |
| Donald Skupsky Deposition Materials - Color Copies | 8/11/2015 | $500.40 |
| August 2011 Electronic Discovery Data Conversion | 9/14/2011 | $6,295.00 |
| October 2011 Electronic Discovery Data Conversion | 11/15/2011 | $14,432.00 |
| November 2011 Electronic Discovery Data Conversion | 12/19/2011 | $13,880.00 |
| January 2012 Electronic Discovery Data Conversion | 2/8/2012 | $18.00 |
| April 2012 Electronic Discovery Data Conversion | 5/8/2012 | $26,080.00 |
| June 2012 Electronic Discovery Data Conversion | 7/10/2012 | $450.00 |
| July 2012 Electronic Discovery Data Conversion | 8/15/2012 | $6,710.00 |
| September 2012 Electronic Discovery Data Conversion | 10/12/2012 | $859.00 |
| December 2012 Electronic Discovery Data Conversion | 1/11/2013 | $464.80 |
| January 2013 Electronic Discovery Data Conversion | 2/19/2013 | $1,120.50 |
| February 2013 Electronic Discovery Data Conversion | 3/14/2013 | $4.00 |
| March 2013 Electronic Discovery Data Conversion | 4/16/2013 | $12,594.80 |
| April 2013 Electronic Discovery Data Conversion | 5/14/2013 | $451.60 |
| May 2013 Electronic Discovery Data Conversion | 6/17/2013 | $450.00 |
| June 2013 Electronic Discovery Data Conversion | 7/12/2013 | $509.60 |
| July 2013 Electronic Discovery Data Conversion | 8/13/2013 | $1,779.40 |
| August 2013 Electronic Discovery Data Conversion | 9/11/2013 | $4,107.60 |
| September 2013 Electronic Discovery Data Conversion | 10/24/2013 | $490.80 |
| November 2013 Electronic Discovery Data Conversion | 12/16/2013 | $706.50 |
| January 2014 Electronic Discovery Data Conversion | 2/13/2014 | $450.00 |
| February 2014 Electronic Discovery Data Conversion | 3/12/2014 | $1,345.50 |
| March 2014 Electronic Discovery Data Conversion | 4/18/2014 | $450.00 |

| Description | Invoice Date | Total Copying Costs Sought |
|---|---|---|
| April 2014 Electronic Discovery Data Conversion | 5/14/2014 | $450.00 |
| May 2014 Electronic Discovery Data Conversion | 6/17/2014 | $727.50 |
| June 2014 Electronic Discovery Data Conversion | 7/9/2014 | $456.00 |
| July 2014 Electronic Discovery Data Conversion | 8/11/2014 | $450.00 |
| August 2014 Electronic Discovery Data Conversion | 9/16/2014 | $5,895.00 |
| September 2014 Electronic Discovery Data Conversion | 10/17/2014 | $450.00 |
| November 2014 Electronic Discovery Data Conversion | 12/12/2014 | $450.00 |
| December 2014 Electronic Discovery Data Conversion | 1/15/2015 | $450.00 |
| January 2015 Electronic Discovery Data Conversion | 2/18/2015 | $450.00 |
| February 2015 Electronic Discovery Data Conversion | 3/16/2015 | $450.00 |
| April 2015 Electronic Discovery Data Conversion | 5/15/2015 | $450.00 |
| May 2015 Electronic Discovery Data Conversion | 6/11/2015 | $2,425.50 |
| June 2015 Electronic Discovery Data Conversion | 7/16/2015 | $900.00 |
| | **Total** | $112,374.50 |

## Hearing Transcripts

| Date | Topic of Hearing | Invoice Amount |
|---|---|---|
| 9/13/2016 | Hearing on dispositive motions briefing | $19.20 |
| 2/7/2017 | Hearing on asserting affirmative defenses and amending class definition | $63.05 |
| | **Total** | **$82.25** |