# EXHIBIT B

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42744 | 11/12/2014 | 59401 |

| Job Date | Case No. |
|---|---|
| 10/8/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM COURT REPORTING**
2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:                                    1,264.82

Michael Adams

                                              TOTAL DUE >>>        $1,264.82
                                              AFTER 12/12/2014 PAY   $1,391.30

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 59401 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 42744 | Invoice Date | : 11/12/2014 |
| **Total Due** | : **$1,264.82** | | |

AFTER 12/12/2014 PAY $1,391.30

Remit To: **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40687 | 5/19/2014 | 56013 |

| Job Date | Case No. |
|---|---|
| 4/29/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Arif Ali

1,553.77

**TOTAL DUE >>>**  **$1,553.77**
AFTER 6/18/2014 PAY  $1,709.15

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

**Tax ID:** 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 56013 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40687 | Invoice Date | : 5/19/2014 |
| **Total Due** | : **$1,553.77** | | |

AFTER 6/18/2014 PAY $1,709.15

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

## KRAMM COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39672 | 3/12/2014 | 55084 |
| **Job Date** | **Case No.** | |
| 2/21/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

1 CERTIFIED COPY OF TRANSCRIPT OF:
  30(b)(6) Jeffrey M. Arp

962.29

TOTAL DUE >>> $962.29

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 202.538.8000  Fax:

---

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | |
|---|---|---|---|
| Job No. | : 55084 | BU ID | : 9~KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 39672 | Invoice Date | : 3/12/2014 |
| Total Due | : $962.29 | | |

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **KRAMM COURT REPORTING**
           **2224 Third Avenue**
           **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43263 | 12/10/2014 | 57972 |

| Job Date | Case No. |
|---|---|
| 11/7/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

Barry Baker

1,107.37

TOTAL DUE >>> **$1,107.37**

AFTER 1/9/2015 PAY $1,216.11

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 213-443-3000   Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 57972 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43263 | Invoice Date | : 12/10/2014 |

**Total Due** : **$1,107.37**
AFTER 1/9/2015 PAY $1,218.11

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18249601 | 10/09/2013 | 1805-190626 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/14/2013 | LAT | 110CV05711 |

| CASE CAPTION |
|---|
| "Kleen Products LLC vs. Packaging Corp. of America" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Travis Ballard | 374 Pages @ | 4.25/Page | 1,589.50 |
| EXHIBITS | 306 Pages @ | .20/Page | 61.20 |
| Evening/Weekend | | | 45.00 |
| TotalTranscript | | | 45.00 |
| Unedited ASCII (RT) | 374.00 Pages @ | 1.25/Page | 467.50 |
| Interactive Realtime | 374.00 Pages @ | 1.50/Page | 561.00 |
| Computer Rental | | | 50.00 |
| Color Copies | 756.00 Pages @ | .50/Page | 378.00 |
| Packaging and Handling | | | 17.50 |

**TOTAL DUE  >>>>   3,214.70**

*Participating Party Count Not Satisfied. Normal QE Rates Applied

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382

(212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.:  18249601
Date       :  10/09/2013
**TOTAL DUE :   3,214.70**

Job No.  :  1805-190626
Case No. :  110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# MERRILL CORPORATION
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18246396 | 10/10/2013 | 1805-190629 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/15/2013 | LAT | 110CV05711 |

| CASE CAPTION |
|---|
| "Kleen Products LLC vs. Packaging Corp. of America" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Travis Ballard  Vol. 2           239 Pages @        4.25/Page      1,015.75
        EXHIBITS                     65 Pages @         .20/Page         13.00
        Unedited ASCII (RT)      239.00 Pages @        1.25/Page        298.75
        Interactive Realtime     239.00 Pages @        1.50/Page        358.50
        Computer Rental                                                  50.00
        TotalTranscript                                                  45.00
        Packaging and Handling                                           17.50
                                                                    _____
                                       TOTAL  DUE  >>>>              1,798.50

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

**TAX ID NO.:** 20-2665382                         (212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18246396
Date       : 10/10/2013
**TOTAL  DUE**  :   **1,798.50**

Job No.   : 1805-190629
Case No.  : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# USLEGAL SUPPORT
### The Power of Commitment.

p: 877.479.2484
f: 877.876.9330

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226765 | 7/1/2014 | 125892 |

| Job Date | Case No. |
|---|---|
| 6/18/2014 | |

| Case Name |
|---|
| Kleen Products v. Packaging Corporation of America, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobson, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Dean Barcelona

| | | |
|---|---|---|
| Exhibit | 208.00 Pages | 41.60 |
| Transcript Copy ~ Videotaped / Technical Testimony | 234.00 Pages | 526.50 |
| Rough Draft ASCII | 234.00 Pages | 234.00 |
| E-Transcript - Complimentary | | 0.00 |
| Condensed Transcript - Complimentary | | 0.00 |
| Processing & Handling | | 35.00 |
| Shipping - Complimentary | | 0.00 |

| | |
|---|---|
| TOTAL DUE >>> | $837.10 |
| AFTER 8/15/2014 PAY | $920.81 |

Videotaped deposition held in Newark, NJ

Thank you for your business!

Tax ID: 76-0523238

Phone: 213.443.3000   Fax:213.443.3100

_Please detach bottom portion and return with payment._

Zena Jacobson, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Job No.    : 125892        BU ID    : 26-VIP-CHI
Case No.   :
Case Name  : Kleen Products v. Packaging Corporation of
             America, et al.

Invoice No. : 226765       Invoice Date : 7/1/2014
**Total Due : $ 837.10**
AFTER 8/15/2014 PAY $920.81

Remit To: **U.S. Legal Support**
          **P.O. Box 3724**
          **New York, NY  10008-3724**

### PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 239969 | 12/11/2014 | 133690 |
| **Job Date** | **Case No.** | |
| 11/14/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| Kleen Products v. Packaging Corporation of America, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**US LEGAL SUPPORT**
The Power of Commitment.

p: 877.479.2484
f: 877.876.9330

Zena Jacobson, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

---

TIMOTHY L. BERGWALL

| | | |
|---|---|---|
| Exhibit | 202.00 Pages | 40.40 |
| Transcript Copy - Technical / Non-Video Testimony | 206.00 Pages | 463.50 |
| E-Transcript - Complimentary | | 0.00 |
| Condensed Transcript - Complimentary | | 0.00 |
| Processing & Handling | | 35.00 |
| Shipping - Complimentary | | 0.00 |
| | **TOTAL DUE >>>** | **$538.90** |
| | AFTER 1/25/2015 PAY | $592.79 |

Videotaped deposition held in Columbus, OH

Thank you for your business!

---

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 213.443.3000    Fax:213.443.3100

*Please detach bottom portion and return with payment.*

---

Zena Jacobson, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Job No.    : 133690      BU ID     : 25-CHI VIP
Case No.   : 1:10-CV-05711
Case Name  : Kleen Products v. Packaging Corporation of
             America, et al.

Invoice No. : 239969      Invoice Date : 12/11/2014
**Total Due** : **$ 538.90**
AFTER 1/25/2015 PAY $592.79

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
**P.O. Box 3724**
**New York, NY  10008-3724**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40224 | 4/25/2014 | 55718 |

| Job Date | Case No. |
|---|---|
| 4/3/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Mathew Blanchard

                                                           1,312.87

**TOTAL DUE >>>**     **$1,312.87**
AFTER 5/25/2014 PAY     $1,444.16

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Phone: 212-849-7000    Fax:212-849-7100

Tax ID: 33-0941549

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 55718 | BU ID : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | |
| Invoice No. | : 40224 | Invoice Date : 4/25/2014 |
| **Total Due** | : **$1,312.87** | |

AFTER 5/25/2014 PAY $1,444.16

| PAYMENT WITH CREDIT CARD | AMEX | mastercard | VISA |
|---|---|---|---|

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
          **2224 Third Avenue**
          **San Diego CA 92101**

# INVOICE

## KRAMM
### COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43040 ✓ | 11/14/2014 | 59179 |

| Job Date | Case No. |
|---|---|
| 10/28/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Carl R. Bohm

                                                                            1,122.23

                         **TOTAL DUE >>>**       **$1,122.23**

                         AFTER 12/14/2014 PAY    $1,234.45

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 213-443-3000    Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | |
|---|---|---|---|
| Job No. | : 59179 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43040 | Invoice Date | : 11/14/2014 |

**Total Due** : **$1,122.23**
AFTER 12/14/2014 PAY $1,234.45

### PAYMENT WITH CREDIT CARD

AMEX  MASTER CARD  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18261066 | 02/27/2014 | 1805-199735 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/23/2014 | LSD | 110CV05711 |

| CASE CAPTION |
|---|
| "Kleen Products LLC vs. Packaging Corp. of America" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Paul Bremner                         104 Pages @      4.25/Page        442.00
        TotalTranscript                                                    45.00
        Unedited ASCII (RT)            104.00 Pages @    1.25/Page        130.00
        Interactive Realtime          104.00 Pages @    1.50/Page        156.00
        Computer Rental                                                   50.00
        Packaging and Handling                                           17.50
                                                                    _____
                                             TOTAL   DUE   >>>>           840.50


*Normal QE Rates Applied

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.: 20-2665382                              (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
Invoice No.: 18261066
Date      : 02/27/2014
TOTAL DUE :     840.50


Job No.   : 1805-199735
Case No.  : 110CV05711
"Kleen Products LLC vs. Packaging Co
```

Remit To:    **LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41242 | 7/2/2014 | 57171 |

| Job Date | Case No. |
|---|---|
| 6/11/2014 | 1:10-CV-05711 |

| Case Name | |
|---|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:
Larry L. Burton

1,047.36

**TOTAL DUE >>>**    **$1,047.36**
AFTER 8/1/2014 PAY    $1,152.10

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00

(=) New Balance:    **$1,047.36**

**Tax ID:** 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

Invoice No.   :   41242
Invoice Date   :   7/2/2014
**Total Due**   :   **$1,047.36**

Remit To:   **KRAMM COURT REPORTING**
         **2224 Third Avenue**
         **San Diego CA 92101**

Job No.   :   57171
BU ID   :   9-KrammUSA
Case No.   :   1:10-CV-05711
Case Name   :   ~KLEEN PRODUCTS LLC, et al. vs.
                PACKAGING CORP. OF AMERICA, et al.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41342 | 7/16/2014 | 57372 |

| Job Date | Case No. |
|---|---|
| 6/19/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Michael Butler

                                          862.14

**TOTAL DUE >>>**      **$862.14**
AFTER 8/15/2014 PAY    $948.35

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549                                   Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 57372 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 41342 | Invoice Date | : 7/16/2014 |
| **Total Due** | : **$862.14** | | |

AFTER 8/15/2014 PAY $948.35

### PAYMENT WITH CREDIT CARD

AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43096 | 11/12/2014 | 59723 |

| Job Date | Case No. |
|---|---|
| 10/28/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Dennis W. Carlton, Ph.D.

1,039.13

TOTAL DUE >>>   **$1,039.13**
AFTER 12/12/2014 PAY   $1,143.04

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 59723 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43096 | Invoice Date | : 11/12/2014 |
| **Total Due** | : **$1,039.13** | | |

AFTER 12/12/2014 PAY $1,143.04

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                   Phone#:

Billing Address:

Zip:                   Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47232 | 10/26/2015 | 64772 |
| **Job Date** | **Case No.** | |
| 10/7/2015 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington DC  20006

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Dennis W. Carlton                                            1,503.63

                                      **TOTAL DUE >>>**      **$1,503.63**

                                      AFTER 11/25/2015 PAY      $1,653.99

Thank you.  We appreciate your business  Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

                                                      Phone: 202.223 7300     Fax:202.223.7420

*Please detach bottom portion and return with payment*

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON,
LLP
2001 K Street, NW
Washington DC  20006

| | | |
|---|---|---|
| Job No. | : 64772 | BU ID     : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | |
| Invoice No. | : 47232 | Invoice Date    : 10/26/2015 |
| Total Due | : **$1,503.63** | |
| | AFTER 11/25/2015 PAY $1,653.99 | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone #: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:     **KRAMM COURT REPORTING**
                  **2224 Third Avenue**
                  **San Diego CA  92101**

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38597 | 12/17/2013 | 54158 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2013 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC  20001

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 845.65 |
|    Shelley A. Carr | |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 442.89 |
|    Patrick James Lucido | |
| **TOTAL DUE  >>>** | **$1,288.54** |

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 202.538.8000   Fax:

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC  20001

| | | | | |
|---|---|---|---|---|
| Job No. | : | 54158 | BU ID | : 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 | | |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : | 38597 | Invoice Date | : 12/17/2013 |
| **Total Due** | : | **$1,288.54** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA  92101**

# MERRILL CORPORATION
LegaLink, Inc.

226 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18233787 | 03/28/2013 | 1805-181363 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/13/2013 | LSD | 110CV05711 |

**CASE CAPTION**

"Kleen Products LLC vs. Packaging Corp. of America"

**TERMS**

Immediate, sold FOB Merrill facility

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

ORIGINAL AND ONE 2-DAY EXPEDITED OF:

| | | | |
|---|---|---|---|
| John Charles Chandler | 242 Pages @ | 8.08/Page | 1,955.36 |
| EXHIBITS | 161 Pages @ | .15/Page | 24.15 |
| ATTENDANCE | | | 400.00 |
| TotalTranscript | | | 20.00 |
| Unedited ASCII (RT) | 242.00 Pages @ | 1.25/Page | 302.50 |
| Interactive Realtime | 242.00 Pages @ | 1.50/Page | 363.00 |
| Parking and Tolls | | | 14.00 |
| Packaging and Handling | | | 17.50 |

TOTAL DUE >>>> 3,096.51

*Deposition was taken in San Diego, CA.

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO. : 20-2665382

(212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18233787
Date       : 03/28/2013
**TOTAL DUE :    3,096.51**

Job No.  : 1805-181363
Case No. : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:    LegaLink, Inc.
PO Box 277951
Atlanta, GA 30384

# KRAMM
## COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42395 | 10/15/2014 | 58110 |

| Job Date | Case No. |
|---|---|
| 9/5/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 1,041.12 |
|---|---|---|
| Thomas Cleves | | |
| | TOTAL DUE >>> | $1,041.12 |
| | AFTER 11/14/2014 PAY | $1,145.23 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 279235 | 3/4/2016 | 162765 |
| **Job Date** | **Case No.** | |
| 2/17/2016 | | |
| **Case Name** | | |
| Kleen Products v. International Paper Co., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

p: 877.479.2484
f: 877.876.9330

Cali Cope-Kasten, Esquire
Wilkinson Walsh & Eskovitz
1900 M Street, NW; Suite 800
Washington, DC 20086

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Lawrence A. Cunningham | 470.00 | Pages | 1,175.00 |
| Exhibit | 780.00 | Pages | 156.00 |
| Rough Draft ASCII | 470.00 | Pages | 705.00 |
| Expert/Technical Testimony | 470.00 | Pages | 164.50 |
| Handling, Processing & Archiving | | | 35.00 |
| Shipping/Delivery | | | 25.00 |
| | | **TOTAL DUE  >>>** | **$2,260.50** |
| | | AFTER 4/18/2016 PAY | $2,599.58 |

Deposition held in New York, NY

Thank you for your business!

3/18/16

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Cali Cope-Kasten, Esquire
Wilkinson Walsh & Eskovitz
1900 M Street, NW; Suite 800
Washington, DC 20086

| | | | | |
|---|---|---|---|---|
| Job No. | : 162765 | BU ID | :25-CHI VIP | |
| Case No. | : | | | |
| Case Name | : Kleen Products v. International Paper Co., et al | | | |
| | | | | |
| Invoice No. | : 279235 | Invoice Date | :3/4/2016 | |
| **Total Due** | **: $ 2,260.50** | | | |
| | AFTER 4/18/2016 PAY $2,599.58 | | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support**
                **P.O. Box 4772-13**
                **Houston, TX   77210-4772**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42371 | 9/22/2014 | 58528 |
| Job Date | Case No. | |
| 9/4/2014 | 1:10-CV-05711 | |
| Case Name | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Matthew Denton                                          2,123.82

**TOTAL DUE >>>**            **$2,123.82**
AFTER 10/22/2014 PAY      $2,336.20

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000     Fax:212-849-7100

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43319 | 12/3/2014 | 59714 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Scott Denton                                                                          1,414.37

TOTAL DUE >>>                    **$1,414.37**
AFTER 1/2/2015  PAY            $1,555.81

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549                                        Phone: 212-849-7000   Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 59714 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43319 | Invoice Date | : 12/3/2014 |
| Total Due | : $1,414.37 | | |

AFTER 1/2/2015  PAY  $1,555.81

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                      Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39681 | 3/13/2014 | 52706 |

| Job Date | Case No. | |
|---|---|---|
| 9/10/2013 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Sara Siddiq
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Arthur S. Dunning

1,259.08

**TOTAL DUE >>>**     **$1,259.08**

AFTER 4/12/2014 PAY     $1,384.99

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Sara Siddiq
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

Job No.    : 52706      BU ID     : 9-KrammUSA

Case No.    : 1:10-CV-05711

Case Name    : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING
CORP. OF AMERICA, et al.

Invoice No.    : 39681      Invoice Date    : 3/13/2014

**Total Due**    : **$1,259.08**
AFTER 4/12/2014 PAY $1,384.99

| PAYMENT WITH CREDIT CARD | AMEX   MasterCard   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:      Phone#: | |
| Billing Address: | |
| Zip:      Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:    **KRAMM COURT REPORTING**
           **2224 Third Avenue**
           **San Diego CA 92101**

# INVOICE

KRAMM
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37774 | 10/22/2013 | 53020 |
| **Job Date** | **Case No.** | |
| 9/26/2013 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago IL  60661

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Rebecca Dupuy | 876.05 |
| | **TOTAL DUE  >>>**          **$876.05** |

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

Phone: 312.705.7400    Fax:312.705.7401

**Tax ID:** 33-0941549

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago IL  60661

Job No.       :  53020          BU ID        :9-KrammUSA
Case No.     :  1:10-CV-05711
Case Name :  ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING
                      CORP. OF AMERICA, et al.

Invoice No. :  37774          Invoice Date : 10/22/2013
**Total Due** :  $ 876.05

Remit To:  **KRAMM COURT REPORTING**
                  **2224 Third Avenue**
                  **San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38672 | 12/19/2013 | 53505 |
| **Job Date** | **Case No.** | |
| 12/6/2013 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | |
|---|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Rebecca Anne Dupuy | 1,885.50 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| James P. Royalty, Jr. | 1,117.96 |
| **TOTAL DUE >>>** | **$3,003.46** |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Phone: 202.538.8000   Fax:

**Tax ID: 33-0941549**

---

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | |
|---|---|---|---|
| Job No. | : 53505 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 38672 | Invoice Date | : 12/19/2013 |
| **Total Due** | : **$3,003.46** | | |

**PAYMENT WITH CREDIT CARD**        AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42048 | 9/5/2014 | 58108 |
| **Job Date** | **Case No.** | |
| 8/14/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| 30(b)(6) and 45, Cato Ealy | 1,039.39 |

**TOTAL DUE >>>**        **$1,039.39**
AFTER 10/5/2014 PAY      $1,143.33

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 58108 | BU ID    : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | |
| Invoice No. | : 42048 | Invoice Date    : 9/5/2014 |
| **Total Due** | **: $1,039.39** | |
| | AFTER 10/5/2014 PAY $1,143.33 | |

Remit To:    **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

**PAYMENT WITH CREDIT CARD**    AMEX   [ ]   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40046 | 4/28/2014 | 55483 |
| **Job Date** | **Case No.** | |
| 3/20/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Michael Patrick Exner

1,402.58

TOTAL DUE >>> **$1,402.58**
AFTER 5/28/2014 PAY $1,542.84

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 213-443-3000    Fax:213-443-3100

---

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | |
|---|---|---|---|
| Job No. | : 55483 | BU IO | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40046 | Invoice Date | : 4/28/2014 |
| Total Due | : $1,402.58 | | |

AFTER 5/28/2014 PAY $1,542.84

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43111 | 11/17/2014 | 58119 |

| Job Date | Case No. |
|---|---|
| 11/5/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

John V. Faraci, Jr.

1,963.62

TOTAL DUE >>>     $1,963.62

AFTER 12/17/2014 PAY     $2,159.98

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 213-443-3000    Fax:213-443-3100

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 58119 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | | |
| Invoice No. | : 43111 | | Invoice Date | : 11/17/2014 |
| **Total Due** | : **$1,963.62** | | | |

AFTER 12/17/2014 PAY $2,159.98

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **KRAMM COURT REPORTING**
       **2224 Third Avenue**
       **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43035 | 11/14/2014 | 59708 |

| Job Date | Case No. |
|---|---|
| 10/22/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Christian Fischer

                                              1,562.65

                **TOTAL DUE >>>**    **$1,562.65**
                AFTER 12/14/2014 PAY    $1,718.92

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000  Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 59708 | BU ID    : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | |
| Invoice No. | : 43035 | Invoice Date  : 11/14/2014 |
| **Total Due** | : **$1,562.65** | |

AFTER 12/14/2014 PAY $1,718.92

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
             **2224 Third Avenue**
             **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41104 | 6/26/2014 | 57019 |

| Job Date | Case No. |
|---|---|
| 6/2/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Cathy Foley for American Forest & Paper Assoc.

|  |  |
|---|---|
|  | 597.86 |
| **TOTAL DUE >>>** | **$597.86** |
| AFTER 7/26/2014 PAY | $657.65 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$597.86** |

**Tax ID:** 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

---

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| Invoice No. | : | 41104 |
|---|---|---|
| Invoice Date | : | 6/26/2014 |
| **Total Due** | : | **$597.86** |

Remit To: **KRAMM COURT REPORTING**
        **2224 Third Avenue**
        **San Diego CA 92101**

| Job No. | : | 57019 |
|---|---|---|
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

# INVOICE

## KRAMM
### COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39422 | 2/20/2014 | 54968 |

| Job Date | Case No. |  |
|---|---|---|
| 1/31/2014 | 1:10-CV-05711 | |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

Thomas Gideon

837.87

| | |
|---|---|
| **TOTAL DUE >>>** | **$837.87** |
| AFTER 3/22/2014 PAY | $921.66 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 83.79 |
| (=) New Balance: | $921.66 |

**Tax ID:** 33-0941549

Phone: 213-443-3000   Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

| | | |
|---|---|---|
| Invoice No. | : | 39422 |
| Invoice Date | : | 2/20/2014 |
| **Total Due** | : | **$921.66** |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**

| | | |
|---|---|---|
| Job No. | : | 54968 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39778 | 3/21/2014 | 55459 |
| **Job Date** | **Case No.** | |
| 2/27/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Kit Gordon | 1,710.77 |
| | **TOTAL DUE >>>**     **$1,710.77** |
| | AFTER 4/20/2014 PAY     $1,881.85 |
| Thank you. We appreciate your business. Please make checks payable to Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express | |
| | (-) Payments/Credits:     0.00 |
| | (+) Finance Charges/Debits:     171.08 |
| | (=) New Balance:     **$1,881.85** |

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 39778 |
| Invoice Date | : | 3/21/2014 |
| **Total Due** | : | **$1,881.85** |

| | | |
|---|---|---|
| Job No. | : | 55459 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

Remit To:    **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43158 | 11/24/2014 | 59710 |
| **Job Date** | **Case No.** | |
| 11/6/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Mattie Gould

                                                              1,750.04

                                      **TOTAL DUE >>>**    **$1,750.04**

                                      AFTER 12/24/2014 PAY    $1,925.04

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  Tax I.D. No. 33-0941549.  We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 59710 | BU ID    : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. | |
| |   INTERNATIONAL PAPER, et al. | |
| Invoice No. | : 43158 | Invoice Date   : 11/24/2014 |
| **Total Due** | : **$1,750.04** | |

AFTER 12/24/2014  PAY  $1,925.04

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
          **2224 Third Avenue**
          **San Diego CA  92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43164 | 12/9/2014 | 59712 |

| Job Date | Case No. | |
|---|---|---|
| 11/7/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Mattie Gould, Volume II                                                907.92

**TOTAL DUE >>>**                                                **$907.92**
AFTER 1/8/2015 PAY                                                 $998.71

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

(-) Payments/Credits:                                                 0.00
(+) Finance Charges/Debits:                                           0.00
(=) New Balance:                                                  **$907.92**

Tax ID: 33-0941549                                Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 2nd Floor
New York NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 43164 |
| Invoice Date | : | 12/9/2014 |
| **Total Due** | : | **$907.92** |

| | | |
|---|---|---|
| Job No. | : | 59712 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18210799 | 05/31/2012 | 1805-163881 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/17/2012 | LSD | 110CV05711 |

| CASE CAPTION |
|---|
| "Kleen Products LLC vs. Packaging Corp. of America" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Marc L Greenwald
Quinn Emanuel Urquhart Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Clay Grimsley                       209 Pages @        5.00/Page      1,045.00
            EXHIBITS                    46 Pages @         .15/Page          6,90
            ATTENDANCE                                                    337.50
            TotalTranscript                                                45.00
      Unedited ASCII (RT)             209.00 Pages @       1.25/Page        261.25
      Packaging and Handling                                               40.00

                                       TOTAL   DUE   >>>>                1,735.65
```

*Deposition was taken in San Diego, CA.

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO. : 20-2665382

(212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Marc L Greenwald
Quinn Emanuel Urquhart Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No. :  18210799
Date        :  05/31/2012
TOTAL DUE   :  1,735.65

Job No.     :  1805-163881
Case No.    :  110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# INVOICE



**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43562 | 12/18/2014 | 60632 |
| **Job Date** | **Case No.** | |
| 12/8/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

James Hannan                                                                         1,618.26

**TOTAL DUE >>>**                    **$1,618.26**
AFTER 1/17/2015 PAY                   $1,780.09

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

**(-) Payments/Credits:**              0.00
**(+) Finance Charges/Debits:**        0.00
**(=) New Balance:**               **$1,618.26**

---

**Tax ID:** 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 43562 |
| Invoice Date | : | 12/18/2014 |
| **Total Due** | : | **$1,618.26** |

| | | |
|---|---|---|
| Job No. | : | 60632 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE



**p: 877.479.2484**
**f: 877.876.9330**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 279049 | 2/29/2016 | 162761 |
| **Job Date** | **Case No.** | |
| 2/8/2016 | | |

| **Case Name** |
|---|
| Kleen Products v. International Paper Co., et al |

| **Payment Terms** |
|---|
| Due upon receipt |

Beth A. Wilkinson, Esquire
Wilkinson Walsh & Eskovitz
1900 M Street, NW; Suite 800
Washington, DC  20086

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Dr. Michael J. Harris Ph.D. | 409.00 | Pages | 1,022.50 |
| Exhibit | 981.00 | Pages | 196.20 |
| Realtime | 409.00 | Pages | 613.50 |
| Rough Draft ASCII | 409.00 | Pages | 613.50 |
| Expert/Technical Testimony | 409.00 | Pages | 143.15 |
| Handling, Processing & Archiving | | | 35.00 |
| Shipping/Delivery | | | 25.00 |

**TOTAL DUE  >>>**   **$2,648.85**
AFTER 4/14/2016  PAY      $3,046.18

Reference No.   :  547710

Deposition held in Los Angeles, CA

Thank you for your business!

03/18/16

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Beth A. Wilkinson, Esquire
Wilkinson Walsh & Eskovitz
1900 M Street, NW; Suite 800
Washington, DC  20086

Job No.      :  162761        BU ID      :25-CHI VIP
Case No.    :
Case Name :  Kleen Products v. International Paper Co., et al

Invoice No.  :  279049        Invoice Date :2/29/2016
**Total Due   :  $ 2,648.85**
AFTER 4/14/2016  PAY  $3,046.18

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support**
           **P.O. Box 4772-13**
           **Houston, TX  77210-4772**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|-------------|--------------|---------|
| 39801 | 3/18/2014 | 55083 |

| Job Date | Case No. |
|----------|----------|
| 2/28/2014 | 1:10-CV-05711 |

| Case Name |
|-----------|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---------------|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

1 CERTIFIED COPY OF TRANSCRIPT OF:

   30(b)(6) John A. Haudrich                                           1,621.04

                                         **TOTAL DUE >>>**          **$1,621.04**

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 202.538.8000   Fax:

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | | |
|---|---|---|---|---|
| Job No. | : 55083 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | | |
| Invoice No. | : 39801 | | Invoice Date | : 3/18/2014 |
| **Total Due** | : **$1,621.04** | | | |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

---

**PAYMENT WITH CREDIT CARD**                AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone #: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42755 | 11/4/2014 | 59132 |

| Job Date | Case No. |
|---|---|
| 10/10/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Thomas J. Hayman

                                             1,818.98

                              **TOTAL DUE >>>**     **$1,818.98**

                              AFTER 12/4/2014 PAY     $2,000.88

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

**Tax ID:** 33-0941549

                                                Phone: 213-443-3000   Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 59132 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 42755 | Invoice Date | : 11/4/2014 |
| Total Due | : $1,818.98 | | |

AFTER 12/4/2014 PAY $2,000.88

**PAYMENT WITH CREDIT CARD**    AMEX        VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
              **2224 Third Avenue**
              **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41772 | 8/18/2014 | 57962 |

| Job Date | Case No. |
|---|---|
| 7/29/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Karen Hoaglund                                           1,464.55

                                       TOTAL DUE >>>     **$1,464.55**

                                       AFTER 9/17/2014 PAY    $1,012.01

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

                                                     Phone: 212-849-7000    Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 57962 | BU ID : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING | |
| |    CORP. OF AMERICA, et al. | |
| Invoice No. | : 41772 | Invoice Date : 8/18/2014 |
| **Total Due** | : **$1,464.55** | |

AFTER 9/17/2014 PAY $1,611.01

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
               **2224 Third Avenue**
               **San Diego CA 92101**

# INVOICE



2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41246 | 7/2/2014 | 56886 |
| **Job Date** | **Case No.** | |
| 6/13/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

William Hoel

1,028.95

**TOTAL DUE >>>**                    **$1,028.95**
AFTER 8/1/2014 PAY                    $1,131.85

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

**Tax ID:** 33-0941549                                                  Phone: 213-443-3000   Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

| | | | |
|---|---|---|---|
| Job No. | : 56886 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 41246 | Invoice Date | : 7/2/2014 |
| **Total Due** | **: $1,028.95** | | |

AFTER 8/1/2014 PAY  $1,131.85

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**                 AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

KRAMM
COURT REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43412 | 12/5/2014 | 60108 |
| Job Date | Case No. | |
| 11/19/2014 | 1:10-CV-05711 | |
| Case Name | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Joseph Martin Hughes, Jr.                                   475.81

| | |
|---|---|
| **TOTAL DUE >>>** | **$475.81** |
| AFTER 1/4/2015 PAY | $523.39 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$475.81** |

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 43412 |
| Invoice Date | : | 12/5/2014 |
| **Total Due** | : | **$475.81** |

Remit To: **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

| | | |
|---|---|---|
| Job No. | : | 60108 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45189 | 4/24/2015 | 62143 |

| Job Date | Case No. |
|---|---|
| 4/14/2015 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Craig Hunt

1,769.44

TOTAL DUE >>> $1,769.44
AFTER 5/24/2015 PAY $1,946.38

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000  Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 62143 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 45189 | Invoice Date | : 4/24/2015 |

**Total Due** : **$1,769.44**
AFTER 5/24/2015 PAY $1,946.38

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**



**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43081 | 11/17/2014 | 59790 |
| **Job Date** | **Case No.** | |
| 10/28/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|     Roland Hans John, 30(b)(6) of McKinsey & Co. | 416.89 |
| | **TOTAL DUE >>>**     **$416.89** |
| | AFTER 12/17/2014 PAY     $458.58 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$416.89** |

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 43081 |
| Invoice Date | : | 11/17/2014 |
| **Total Due** | : | **$416.89** |

Remit To: **KRAMM COURT REPORTING**
        **2224 Third Avenue**
        **San Diego CA 92101**

| | | |
|---|---|---|
| Job No. | : | 59790 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42028 | 9/5/2014 | 58332 |

| Job Date | Case No. |
|---|---|
| 8/13/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

David A. Karalis

1,145.02

**TOTAL DUE >>>**   **$1,145.02**
AFTER 10/5/2014 PAY   $1,259.52

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000 · Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 58332 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 42028 | Invoice Date | : 9/5/2014 |

**Total Due** : **$1,145.02**
AFTER 10/5/2014 PAY $1,259.52

## PAYMENT WITH CREDIT CARD

AMEX   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

04345-62003

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39218 | 2/20/2014 | 54483 |
| **Job Date** | **Case No.** | |
| 1/17/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| 30(b)(6), James R. Keller | | 1,377.58 |
| | **TOTAL DUE >>>** | **$1,377.58** |
| | AFTER 3/22/2014 PAY | $1,515.34 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 213-443-3000   Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 54483 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | | |
| Invoice No. | : 39218 | | Invoice Date | : 2/20/2014 |
| Total Due | : $1,377.58 | | | |

AFTER 3/22/2014 PAY $1,515.34

| PAYMENT WITH CREDIT CARD | AMEX / / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE



**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43479 | 12/10/2014 | 59181 |

| Job Date | Case No. |
|---|---|
| 11/21/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

James R. Keller

1,022.09

**TOTAL DUE >>>**      **$1,022.09**
AFTER 1/9/2015  PAY       $1,124.30

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  Tax I.D. No. 33-0941549.  We accept Visa, Master Card, and American Express.

---

Tax ID: 33-0941549                                                        Phone: 213-443-3000    Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

Job No.      :  59181              BU ID        : 9-KrammUSA
Case No.    :  1:10-CV-05711
Case Name  :  ~KLEEN PRODUCTS, LLC, et al. vs.
                     INTERNATIONAL PAPER, et al.

Invoice No.  :  43479              Invoice Date  : 12/10/2014
**Total Due**   :  **$1,022.09**
AFTER 1/9/2015  PAY $1,124.30

Remit To:   **KRAMM COURT REPORTING**
                  **2224 Third Avenue**
                  **San Diego CA  92101**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40413 | 5/2/2014 | 56326 |

| Job Date | Case No. |
|---|---|
| 4/16/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Rachel Kenyon, 30(b)(6) and 45 for Fibre Box Association                923.62

**TOTAL DUE >>>**                    **$923.62**
AFTER 6/1/2014 PAY                $1,015.98

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Phone: 212-849-7000    Fax: 212-849-7100

**Tax ID: 33-0941549**

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 56326 | BU ID : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | |

| | | |
|---|---|---|
| Invoice No. | : 40413 | Invoice Date : 5/2/2014 |
| **Total Due** | : **$923.62** | |

AFTER 6/1/2014 PAY $1,015.98

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40323 | 5/9/2014 | 55565 |

| Job Date | Case No. |
|---|---|
| 4/9/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

1 CERTIFIED COPY OF TRANSCRIPT OF:

   James Kirkpatrick                           1,039.72

**TOTAL DUE >>>**         **$1,039.72**
AFTER 6/8/2014 PAY     $1,143.69

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549                                                 Phone: 202.538.8000  Fax:

---

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

Job No.     : 55565         BU IO     : 9-KrammUSA
Case No.    : 1:10-CV-05711
Case Name  : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING
                CORP. OF AMERICA, et al.

Invoice No.  : 40323        Invoice Date  : 5/9/2014
**Total Due    : $1,039.72**
AFTER 6/8/2014 PAY $1,143.69

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43709 | 12/31/2014 | 60564 |

| Job Date | Case No. |
|---|---|
| 12/11/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:                                    1,077.86

   Robert A. Kirshner

TOTAL DUE >>>                    **$1,077.86**

AFTER 1/30/2015 PAY           $1,185.65

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 60564 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. | | | |
| | INTERNATIONAL PAPER, et al. | | | |
| Invoice No. | : 43709 | | Invoice Date | : 12/31/2014 |
| Total Due | : **$1,077.86** | | | |

AFTER 1/30/2015 PAY $1,185.65

## PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____  Phone#:

Billing Address:

Zip: _____  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43124 | 11/24/2014 | 59791 |

| Job Date | Case No. | |
|---|---|---|
| 11/3/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**KRAMM COURT REPORTING**
2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Steven J. Klinger                                                                 914.95

                                                 TOTAL DUE >>>           $914.95
                                                 AFTER 12/24/2014 PAY   $1,006.45

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549                                  Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 59791 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43124 | Invoice Date | : 11/24/2014 |
| Total Due | : $914.95 | | |

AFTER 12/24/2014 PAY $1,006.45

| PAYMENT WITH CREDIT CARD | AMEX | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43128 | 11/24/2014 | 59793 |
| **Job Date** | **Case No.** | |
| 11/4/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Steven J. Klinger, Volume II                            3,027.93

                                      **TOTAL DUE >>>**     **$3,027.93**

                                      AFTER 12/24/2014 PAY    $3,330.72

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

                                   Phone: 212-849-7000   Fax:212-849-7100

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 59793 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43128 | Invoice Date | : 11/24/2014 |

**Total Due** : **$3,027.93**
AFTER 12/24/2014 PAY $3,330.72

### PAYMENT WITH CREDIT CARD

AMEX      VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
         **2224 Third Avenue**
         **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42555 | 10/27/2014 | 58984 |
| **Job Date** | **Case No.** | |
| 9/17/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 1,883.82 |
| John Knudsen | | |
| | TOTAL DUE  >>> | $1,883.82 |
| | AFTER 11/26/2014  PAY | $2,072.20 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Phone: 212-849-7000    Fax: 212-849-7100

Tax ID: 33-0941549

# INVOICE



**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 37761 | 10/21/2013 | 53019 |
| **Job Date** | **Case No.** | |
| 9/25/2013 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago IL  60661

1 CERTIFIED COPY OF TRANSCRIPT OF:                                            1,122.82
    Donna Lajeunesse

**TOTAL DUE >>>**            **$1,122.82**

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

**Tax ID:** 33-0941549

Phone: 312.705.7400   Fax:312.705.7401

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago IL  60661

Job No.        : 53019            BU ID        :9-KrammUSA
Case No.       : 1:10-CV-05711
Case Name   : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING
                   CORP. OF AMERICA, et al.

Invoice No. : 37761            Invoice Date :10/21/2013
**Total Due** : **$ 1,122.82**

Remit To: **KRAMM COURT REPORTING**
         **2224 Third Avenue**
         **San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42970 | 11/5/2014 | 58115 |

| Job Date | Case No. | |
|---|---|---|
| 10/21/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Glenn Landau                                                        1,225.77

**TOTAL DUE >>>**        **$1,225.77**

AFTER 12/5/2014 PAY        $1,348.35

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Phone: 212-849-7000   Fax:212-849-7100

**Tax ID:** 33-0941549

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 58115 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 42970 | Invoice Date | : 11/5/2014 |
| **Total Due** | : **$1,225.77** | | |

AFTER 12/5/2014 PAY $1,348.35

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone #: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**



**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42978 | 11/5/2014 | 58117 |
| **Job Date** | **Case No.** | |
| 10/22/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 542.45 |
|---|---|---|
| Glenn Landau, Volume II | | |
| | TOTAL DUE >>> | $542.45 |
| | AFTER 12/5/2014 PAY | $596.70 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 58117 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | | |
| Invoice No. | : 42978 | | Invoice Date | : 11/5/2014 |
| **Total Due** | : **$542.45** | | | |
| AFTER 12/5/2014 PAY $596.70 | | | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone #:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE



2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39772 | 3/19/2014 | 55203 |

| Job Date | Case No. |
|---|---|
| 2/27/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:                                    774.35
   Robert Lanthier
1 CERTIFIED COPY OF TRANSCRIPT OF:                                    370.24
   Douglas Munn

       **TOTAL DUE >>>**     **$1,144.59**
       AFTER 4/18/2014 PAY    $1,259.05

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

Phone: 212-849-7000   Fax:212-849-7100

**Tax ID:** 33-0941549

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

Job No.      : 55203          BU ID        : 9-KrammUSA

Case No.     : 1:10-CV-05711

Case Name    : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING
               CORP. OF AMERICA, et al.

Invoice No.  : 39772          Invoice Date : 3/19/2014

**Total Due** : **$1,144.59**
AFTER 4/18/2014 PAY  $1,259.05

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____     Phone#: _____

Billing Address: _____

Zip: _____     Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
          **2224 Third Avenue**
          **San Diego CA  92101**

# INVOICE

## KRAMM COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42631 | 10/15/2014 | 58732 |

| Job Date | Case No. |
|---|---|
| 9/23/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 872.97 |
|---|---|---|
| Robert Lanthier | | |
| | **TOTAL DUE >>>** | **$872.97** |
| | AFTER 11/14/2014 PAY | $960.27 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

**Tax ID:** 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44748 | 3/24/2015 | 61946 |

| Job Date | Case No. |
|---|---|
| 3/10/2015 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

William Robert Levin

1,299.34

**TOTAL DUE >>>**   **$1,299.34**
AFTER 4/23/2015 PAY   $1,429.27

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

**Tax ID:** 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 61946 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | | |
| Invoice No. | : 44748 | | Invoice Date | : 3/24/2015 |

**Total Due**   :  **$1,299.34**
AFTER 4/23/2015 PAY  $1,429.27

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

**PAYMENT WITH CREDIT CARD**   AMEX   MC   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39498 | 2/25/2014 | 54886 |

| Job Date | Case No. |
|---|---|
| 2/5/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

James Lewis

982.28

TOTAL DUE >>>            **$982.28**
AFTER 3/27/2014 PAY      $1,080.51

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 212-849-7000    Fax: 212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 54886 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 39498 | Invoice Date | : 2/25/2014 |
| Total Due | : **$982.28** | | |

AFTER 3/27/2014 PAY $1,080.51

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE



**KRAMM COURT REPORTING**
2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40433 | 5/6/2014 | 56015 |

| Job Date | Case No. |
|---|---|
| 4/16/2014 | 1:10-CV-05711 |

| Case Name | |
|---|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | |

| Payment Terms |
|---|
| Due upon receipt |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Roy C. Lind

1,062.77

TOTAL DUE >>> **$1,062.77**
AFTER 6/5/2014 PAY $1,169.05

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

**Tax ID:** 33-0941549

Phone: 202.538.8000  Fax:

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | | |
|---|---|---|---|---|
| Job No. | : | 56015 | BU ID | : 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 | | |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : | 40433 | Invoice Date | : 5/6/2014 |
| Total Due | : | **$1,062.77** | | |

AFTER 6/5/2014 PAY $1,169.05

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**



# INVOICE

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42851 | 10/28/2014 | 59370 |

| Job Date | Case No. |
|---|---|
| 10/10/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:                                        541.16

   William P. Lindsay, 30(b)(6) for Longview Fibre

                                        TOTAL DUE  >>>        $541.16
                                        AFTER 11/27/2014 PAY  $596.28

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  Tax I.D. No. 33-0941549.  We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549                              Phone: 212-849-7000   Fax:212-849-7100

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42925 ✓ | 10/30/2014 | 57970 |

| Job Date | Case No. |
|---|---|
| 10/15/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

John Patrick Maley, III

1,614.97

TOTAL DUE >>>        $1,614.97
AFTER 11/29/2014 PAY      $1,776.47

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : | 57970 | BU ID | : 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 | | |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : | 42925 | Invoice Date | : 10/30/2014 |
| **Total Due** | : | **$1,614.97** | | |

AFTER 11/29/2014 PAY $1,776.47

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43443 | 12/9/2014 | 60103 |
| **Job Date** | **Case No.** | |
| 11/20/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Dan Markus, Verizon Wireless - Custodian of Records           313.41

                                  TOTAL DUE >>>    **$313.41**

                                  AFTER 1/8/2015 PAY    $344.75

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  Tax I.D. No. 33-0941549.  We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

                  Phone: 212-849-7000   Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

Job No.     : 60103      BU ID      : 9-KrammUSA

Case No.    : 1:10-CV-05711

Case Name  : ~KLEEN PRODUCTS, LLC, et al. vs.
              INTERNATIONAL PAPER, et al.

Invoice No.  : 43443     Invoice Date  : 12/9/2014

**Total Due**  : **$313.41**

AFTER 1/8/2015 PAY  $344.75

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To:   **KRAMM COURT REPORTING**
             **2224 Third Avenue**
             **San Diego CA  92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39682 | 3/13/2014 | 54455 |
| **Job Date** | **Case No.** | |
| 12/19/2013 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Sara Siddiq
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

30(b)(6) Peter A. Martens                                              837.55

TOTAL DUE >>>                          **$837.55**
AFTER 4/12/2014 PAY                     $921.31

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Sara Siddiq
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 54455 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | | |
| Invoice No. | : 39682 | | Invoice Date | : 3/13/2014 |
| Total Due | : **$837.55** | | | |

AFTER 4/12/2014 PAY $921.31

**PAYMENT WITH CREDIT CARD**          AMEX   MASTER   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **KRAMM COURT REPORTING**
              **2224 Third Avenue**
              **San Diego CA 92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42070 | 9/9/2014 | 57964 |
| **Job Date** | | **Case No.** |
| 8/14/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Chris Mathis

                                                     1,254.22

**TOTAL DUE >>>**        **$1,254.22**
AFTER 10/9/2014 PAY     $1,379.64

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Phone: 213-443-3000    Fax:213-443-3100

**Tax ID:** 33-0941549

---

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | | |
|---|---|---|---|---|
| Job No. | : | 57964 | BU ID | : 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 | | |
| Case Name | : | ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : | 42070 | Invoice Date | : 9/9/2014 |

**Total Due**    :  **$1,254.22**
AFTER 10/9/2014 PAY $1,379.64

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

<table>
<tr><td>**Invoice No.**</td><td>**Invoice Date**</td><td>**Job No.**</td></tr>
<tr><td>43749</td><td>1/16/2015</td><td>59796</td></tr>
<tr><td>**Job Date**</td><td colspan="2">**Case No.**</td></tr>
<tr><td>12/18/2014</td><td colspan="2">1:10-CV-05711</td></tr>
<tr><td colspan="3">**Case Name**</td></tr>
<tr><td colspan="3">~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al.</td></tr>
<tr><td colspan="3">**Payment Terms**</td></tr>
<tr><td colspan="3">Due upon receipt</td></tr>
</table>

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Patrick Moore                                                    2,160.36

TOTAL DUE >>>                $2,160.36
AFTER 2/15/2015 PAY          $2,376.40

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

---

Tax ID: 33-0941549

Phone: 213-443-3000   Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

Job No.      : 59796              BU ID       : 9-KrammUSA
Case No.     : 1:10-CV-05711
Case Name    : ~KLEEN PRODUCTS, LLC, et al. vs.
               INTERNATIONAL PAPER, et al.

Invoice No.  : 43749             Invoice Date  : 1/16/2015
Total Due    : $2,160.36
AFTER 2/15/2015 PAY $2,376.40

Remit To:   KRAMM COURT REPORTING
            2224 Third Avenue
            San Diego CA 92101

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

04345 - 62003

# INVOICE

**US LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 222454 | 5/15/2014 | 123905 |

| Job Date | Case No. |
|---|---|
| 5/1/2014 | |

| Case Name |
|---|
| Kleen Products v. Packaging Corporation of America, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Jamie S. Kaplan, Esquire
Quinn, Emanuel, Urquhart & Sulivan, L.L.P.
777 6th Street NW
11th Floor
Washington, DC 20001

D'Raye Mow

| | | | |
|---|---|---|---|
| Exhibit | 432.00 Pages | | 86.40 |
| Transcript Copy - Videotaped / Technical Testimony | 408.00 Pages | | 795.60 |
| Reporter Appearance Fee | | | 55.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Condensed Transcript - Complimentary | | | 0.00 |
| Processing & Handling | | | 35.00 |
| Shipping – Complimentary | | | 0.00 |
| | | **TOTAL DUE  >>>** | **$972.00** |

Videotaped deposition held in Dallas, TX

Appearance fee split between group members

Thank you for your business!

Tax ID: 76-0523238

Phone: 202.538-8000   Fax:

*Please detach bottom portion and return with payment.*

Jamie S. Kaplan, Esquire
Quinn, Emanuel, Urquhart & Sulivan, L.L.P.
777 6th Street NW
11th Floor
Washington, DC 20001

| Invoice No. | : | 222454 |
|---|---|---|
| Invoice Date | : | 5/15/2014 |
| **Total Due** | : | **$ 972.00** |

Remit To: U.S. Legal Support
P.O. Box 3724
New York, NY 10008-3724

| Job No. | : | 123905 |
|---|---|---|
| BU ID | : | 26-VIP-CHI |
| Case No. | : | |
| Case Name | : | Kleen Products v. Packaging Corporation of America, et al. |

# INVOICE



**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40230 | 4/29/2014 | 55487 |
| **Job Date** | **Case No.** | |
| 4/3/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Tim Nicholls                                                                 787.89

                                                        **TOTAL DUE >>>**      **$787.89**
                                                        AFTER 5/29/2014 PAY       $866.68

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

---

Tax ID: 33-0941549                                                    Phone: 202.538.8000   Fax:

---

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | |
|---|---|---|---|
| Job No. | : 55487 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40230 | Invoice Date | : 4/29/2014 |
| Total Due | : **$787.89** | | |

AFTER 5/29/2014 PAY $866.68

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42368 | 9/22/2014 | 57967 |

| Job Date | Case No. |
|---|---|
| 8/27/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Larry Norton                                                           1,446.17

                                           TOTAL DUE >>>           $1,446.17
                                           AFTER 10/22/2014 PAY    $1,590.79

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

                                           (-) Payments/Credits:         0.00
                                           (+) Finance Charges/Debits:   0.00
                                           (=) New Balance:          $1,446.17

Tax ID: 33-0941549                                    Phone: 212-849-7000   Fax:212-849-7100

# INVOICE

## KRAMM
### COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43151 | 11/21/2014 | 59725 |

| Job Date | Case No. | |
|---|---|---|
| 10/30/2014 | 1:10-CV-05711 | |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Janusz A. Ordover | 1,029.17 |

TOTAL DUE >>> **$1,029.17**

AFTER 12/21/2014 PAY $1,132.09

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : 59725 | | BU ID | : 9-KrammUSA | |
| Case No. | : 1:10-CV-05711 | | | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | | | |
| Invoice No. | : 43151 | | Invoice Date | : 11/21/2014 | |
| **Total Due** | : **$1,029.17** | | | | |

AFTER 12/21/2014 PAY $1,132.09

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# MERRILL CORPORATION
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18265966 | 04/07/2014 | 1801-203880 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/19/2014 | SCHOGA | 110CV05711 |

| CASE CAPTION |
|---|
| "Kleen Products LLC vs. Packaging Corp. of America" |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Todd K. Petracek 30(b)(6)

| | | | |
|---|---|---|---|
| | 264 Pages @ | 4.25/Page | 1,122.00 |
| EXHIBITS | 166 Pages @ | .20/Page | 33.20 |
| TotalTranscript | | | 45.00 |
| Unedited ASCII (RT) | 264.00 Pages @ | 1.25/Page | 330.00 |
| Interactive Realtime | 264.00 Pages @ | 1.50/Page | 396.00 |
| Shipping / Handling | | | 17.50 |

TOTAL  DUE  >>>>  1,943.70

*Participating Party Count Not Satisfied.  Normal QE Rates Applied.

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382

(212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18265966
Date       : 04/07/2014
**TOTAL  DUE** :  **1,943.70**

Job No.  : 1801-203880
Case No. : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42906 | 10/30/2014 | 58734 |

| Job Date | Case No. |
|---|---|
| 10/14/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Maurice Plante

719.27

TOTAL DUE >>>          **$719.27**
AFTER 11/29/2014 PAY          $791.20

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 58734 | BU ID      : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING | |
| | CORP. OF AMERICA, et al. | |
| Invoice No. | : 42906 | Invoice Date    : 10/30/2014 |

**Total Due** :  **$719.27**
AFTER 11/29/2014 PAY  $791.20

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39357 | 2/19/2014 | 55082 |

| Job Date | Case No. |
|---|---|
| 1/30/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

1 CERTIFIED COPY OF TRANSCRIPT OF:
    30(b)(6) Mark Polivka

|  |  |
|---|---|
|  | 881.77 |
| **TOTAL DUE >>>** | **$881.77** |
| AFTER 3/21/2014 PAY | $969.95 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

**Tax ID:** 33-0941549

Phone: 213-443-3000    Fax: 213-443-3100

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | |
|---|---|---|---|
| Job No. | : 55082 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 39357 | Invoice Date | : 2/19/2014 |
| **Total Due** | : **$881.77** | | |

AFTER 3/21/2014 PAY $969.95

| PAYMENT WITH CREDIT CARD | AMEX | DISCOVER | MasterCard | VISA |
|---|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40603 | 5/13/2014 | 56585 |
| **Job Date** | **Case No.** | |
| 4/25/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 1,097.24 |
| Mark Polivka | |
| | TOTAL DUE >>> $1,097.24 |
| | AFTER 6/12/2014 PAY $1,206.96 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549                                          Phone: 202.538.8000  Fax:

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | |
|---|---|---|---|
| Job No. | : 56585 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40603 | Invoice Date | : 5/13/2014 |
| **Total Due** | : **$1,097.24** | | |

AFTER 6/12/2014 PAY $1,206.96

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **KRAMM COURT REPORTING**
              **2224 Third Avenue**
              **San Diego CA 92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31185 | 8/22/2012 | 45128 |

| Job Date | Case No. | |
|---|---|---|
| 8/1/2012 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**KRAMM**
COURT REPORTING
2224 THIRD AVENUE SAN DIEGO CA 92101
800.939.0080  www.kramm.com

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | |
|---|---|
| 1 CERTIFIED TRANSCRIPT OF: | 1,515.80 |
| George Ragsdale | |
| | **TOTAL DUE >>>**    **$1,515.80** |
| | AFTER 9/21/2012 PAY    **$1,667.38** |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 212-849-7000  Fax: 212-849-7100

---

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 45128 | BU ID | : 1-MAIN |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

Case No.     : 1:10-CV-05711
Case Name  : KLEEN PRODUCTS LLC, et al. vs. PACKAGING
                    CORP. OF AMERICA, et al.

Invoice No.  : 31185          Invoice Date  : 8/22/2012
**Total Due**   : **$1,515.80**
AFTER 9/21/2012 PAY  $1,667.38

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   KRAMM COURT REPORTING
                   2224 Third Avenue
                   San Diego CA 92101

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 223834 | 5/30/2014 | 121816 |

| Job Date | Case No. |
|---|---|
| 4/24/2014 | |

**Case Name**

Kleen Products v. Packaging Corporation of America, et al.

**Payment Terms**

Due upon receipt

## US LEGAL SUPPORT
The Power of Commitment

p: 877.479.2484
f: 877.876.9330

Jamie S. Kaplan, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW
11th Floor
Washington, DC 20001

ROBERT RAMM

| | | |
|---|---|---|
| Exhibit | 87.00 Pages | 17.40 |
| Transcript Copy - Videotaped / Technical Testimony | 293.00 Pages | 659.25 |
| Realtime - Hookup | 293.00 Pages | 293.00 |
| Rough Draft ASCII | 293.00 Pages | 293.00 |
| E-Transcript - Complimentary | | 0.00 |
| Condensed Transcript - Complimentary | | 0.00 |
| Processing & Handling | | 35.00 |
| Shipping - Complimentary | | 0.00 |
| | **TOTAL DUE >>>** | **$1,297.65** |

Videotaped deposition held in Kansas City, MO

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,297.65 |

Tax ID: 76-0523238

Phone: 202.538-8000    Fax:

*Please detach bottom portion and return with payment.*

Jamie S. Kaplan, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW
11th Floor
Washington, DC 20001

| | | |
|---|---|---|
| Invoice No. | : | 223834 |
| Invoice Date | : | 5/30/2014 |
| **Total Due** | : | **$ 1,297.65** |

Remit To: U.S. Legal Support
P.O. Box 3724
New York, NY 10008-3724

| | | |
|---|---|---|
| Job No. | : | 121816 |
| BU ID | : | 26-VIP-CHI |
| Case No. | : | |
| Case Name | : | Kleen Products v. Packaging Corporation of America, et al. |

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46699 | 9/10/2015 | 64698 |

| Job Date | Case No. | |
|---|---|---|
| 8/26/2015 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington DC 20006

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Mark J. Ready                                                         966.32

               **TOTAL DUE >>>**        **$966.32**

               AFTER 10/10/2015 PAY    **$1,062.95**

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549                                                    Phone: 202.223.7300   Fax:202.223.7420

*Please detach bottom portion and return with payment.*

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON,
LLP
2001 K Street, NW
Washington DC 20006

| | | |
|---|---|---|
| Job No. | : 64698 | BU ID    : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | |
| Invoice No. | : 46699 | Invoice Date  : 9/10/2015 |
| Total Due | : $966.32 | |

AFTER 10/10/2015 PAY $1,062.95

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
              **2224 Third Avenue**
              **San Diego CA 92101**

# INVOICE

## KRAMM
### COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42339 | 9/22/2014 | 58912 |

| Job Date | Case No. | |
|---|---|---|
| 9/11/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Mike Rehwinkel

1,214.70

**TOTAL DUE >>>**          **$1,214.70**

AFTER 10/22/2014 PAY          $1,266.17

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:          0.00
(=) New Balance:          **$1,214.70**

RECEIVED
OCT 16 2014
By_____

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42531 | 10/27/2014 | 58112 |
| **Job Date** | **Case No.** | |
| 9/16/2014 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Carol Roberts | 1,352.82 |
| | **TOTAL DUE >>>**    **$1,352.82** |
| | AFTER 11/26/2014 PAY    $1,488.10 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax:212-849-7100

# INVOICE



2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 45149 | 4/24/2015 | 62156 |
| **Job Date** | **Case No.** | |
| 4/8/2015 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Steven Rogel

1,091.04

TOTAL DUE >>> **$1,091.04**
AFTER 5/24/2015 PAY $1,200.14

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000   Fax: 212-849-7100

---

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | |
|---|---|---|---|
| Job No. | : 62156 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 45149 | Invoice Date | : 4/24/2015 |
| Total Due | : **$1,091.04** | | |

AFTER 5/24/2015 PAY $1,200.14

Remit To:   **KRAMM COURT REPORTING**
2224 Third Avenue
San Diego CA 92101

## PAYMENT WITH CREDIT CARD

AMEX   [cards]   VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43225 | 12/4/2014 | 59642 |

| Job Date | Case No. | |
|---|---|---|
| 11/5/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Douglas L. Schwartz

1,269.56

**TOTAL DUE >>>**     **$1,269.56**

AFTER 1/3/2015 PAY     $1,396.52

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

---

*Please detach bottom portion and return with payment.*

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Job No. | : 59642 | BU ID    : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | |
| Invoice No. | : 43225 | Invoice Date   : 12/4/2014 |
| **Total Due** | : **$1,269.56** | |

AFTER 1/3/2015 PAY $1,396.52

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **KRAMM COURT REPORTING**
               **2224 Third Avenue**
               **San Diego CA 92101**

# INVOICE



**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43299 | 12/11/2014 | 57974 |

| Job Date | Case No. |
|---|---|
| 11/13/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

Doyle Simons                                                                                          1,256.51

**TOTAL DUE >>>**            **$1,256.51**
AFTER 1/10/2015 PAY            $1,282.16

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549.  We accept Visa, Master Card, and American Express.

**(-) Payments/Credits:**            0.00
**(+) Finance Charges/Debits:**            0.00
**(=) New Balance:**            **$1,256.51**

**Tax ID:** 33-0941549                                    Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Deborah K. Brown
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | |
|---|---|---|
| Invoice No. | : | 43299 |
| Invoice Date | : | 12/11/2014 |
| **Total Due** | : | **$1,256.51** |

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

| | | |
|---|---|---|
| Job No. | : | 57974 |
| BU ID | : | 9-KrammUSA |
| Case No. | : | 1:10-CV-05711 |
| Case Name | : | ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

# INVOICE



**2224 THIRD AVENUE**
**SAN DIEGO, CA 92101**
**800.939.0080**
**kramm.com**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 46635 | 9/10/2015 | 64561 |
| **Job Date** | **Case No.** | |
| 8/20/2015 | 1:10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alexandra M. Walsh
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington DC 20006

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Donald S. Skupsky                                732.80

**TOTAL DUE >>>**      **$732.80**
AFTER 10/10/2015 PAY     $806.08

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549                           Phone: 202.223.7300    Fax:202.223.7420

*Please detach bottom portion and return with payment.*

Alexandra M. Walsh
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington DC 20006

| | | |
|---|---|---|
| Job No. | : 64561 | BU ID : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | |
| Invoice No. | : 46635 | Invoice Date : 9/10/2015 |
| **Total Due** | : **$732.80** | |

AFTER 10/10/2015 PAY $806.08

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **KRAMM COURT REPORTING**
              **2224 Third Avenue**
              **San Diego CA 92101**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43308 ✓ | 12/2/2014 | 59847 |

| Job Date | Case No. |
|---|---|
| 11/14/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:                                   763.43

Linda Thomas, 30(b)(6) for AT&T

TOTAL DUE >>>                 $763.43
AFTER 1/1/2015 PAY            $839.77

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 212-849-7000    Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Willy Williams
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 59847 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 43308 | Invoice Date | : 12/2/2014 |
| **Total Due** | **: $763.43** | | |

AFTER 1/1/2015 PAY $839.77

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **KRAMM COURT REPORTING**
             **2224 Third Avenue**
             **San Diego CA 92101**

# INVOICE

**KRAMM COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47136 | 10/15/2015 | 64778 |
| **Job Date** | **Case No.** | |
| 10/1/2015 | 1 10-CV-05711 | |
| **Case Name** | | |
| ~KLEEN PRODUCTS, LLC et al vs. INTERNATIONAL PAPER, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alexandra M Walsh
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
2001 K Street, NW
Washington DC 20006

1 CERTIFIED COPY OF TRANSCRIPT OF
   Robert H Topel

      1,598 72

TOTAL DUE >>>    **$1,598.72**
AFTER 11/14/2015 PAY    $1,758 59

Thank you  We appreciate your business  Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express

Tax ID: 33-0941549                                         Phone 202 223 7300    Fax 202 223 7420

*Please detach bottom portion and return with payment*

---

Alexandra M Walsh
PAUL, WEISS, RIFKIND WHARTON & GARRISON,
LLP
2001 K Street, NW
Washington DC 20006

| | | |
|---|---|---|
| Job No | 64778 | BU ID 9-KrammUSA |
| Case No | 1 10-CV 05711 | |
| Case Name | ~KLEEN PRODUCTS, LLC, et al vs INTERNATIONAL PAPER, et al | |
| Invoice No | 47136 | Invoice Date 10/15/2015 |
| Total Due | $1,598.72 | |

AFTER 11/14/2015 PAY $1,758 59

**PAYMENT WITH CREDIT CARD**

Cardholder's Name
Card Number
Exp. Date       Phone#
Billing Address
Zip       Card Security Code
Amount to Charge
Cardholder's Signature

Remit To    **KRAMM COURT REPORTING**
             2224 Third Avenue
             San Diego CA 92101

# INVOICE

<table>
<tr><td><strong>Invoice No.</strong></td><td><strong>Invoice Date</strong></td><td><strong>Job No.</strong></td></tr>
<tr><td>38591</td><td>12/13/2013</td><td>53504</td></tr>
<tr><td><strong>Job Date</strong></td><td colspan="2"><strong>Case No.</strong></td></tr>
<tr><td>11/19/2013</td><td colspan="2">1:10-CV-05711</td></tr>
<tr><td colspan="3"><strong>Case Name</strong></td></tr>
<tr><td colspan="3">~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al.</td></tr>
<tr><td colspan="3"><strong>Payment Terms</strong></td></tr>
<tr><td colspan="3">Due upon receipt</td></tr>
</table>

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC  20001

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Keith R. Townsend

458.31

**TOTAL DUE >>>**    **$458.31**

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

**Tax ID:** 33-0941549

Phone: 202.538.8000  Fax:

---

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC  20001

| | | | |
|---|---|---|---|
| Job No. | : 53504 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 38591 | Invoice Date | : 12/13/2013 |
| **Total Due** | : **$458.31** | | |

**Remit To:**    **KRAMM COURT REPORTING**
                **2224 Third Avenue**
                **San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone #:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40203 | 4/29/2014 | 55485 |

| Job Date | Case No. |
|---|---|
| 4/2/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 1,041.83 |
| John Van Sims | |

TOTAL DUE >>>  **$1,041.83**
AFTER 5/29/2014 PAY  $1,146.01

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 213-443-3000    Fax:213-443-3100

---

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | |
|---|---|---|---|
| Job No. | : 55485 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40203 | Invoice Date | : 4/29/2014 |
| Total Due | : **$1,041.83** | | |

AFTER 5/29/2014 PAY $1,146.01

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **KRAMM COURT REPORTING**
2224 Third Avenue
San Diego CA 92101

# INVOICE

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42524 | 11/12/2014 | 57968 |

| Job Date | Case No. |
|---|---|
| 9/16/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

Dennis Vesci

1,174.12

**TOTAL DUE >>>**                          **$1,174.12**
AFTER 12/12/2014 PAY                    $1,291.53

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549.  We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 213-443-3000    Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA  90017

| | | | | |
|---|---|---|---|---|
| Job No. | : 57968 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 42524 | Invoice Date | : 11/12/2014 |
| **Total Due** | : **$1,174.12** | | |

AFTER 12/12/2014  PAY  $1,291.53

**PAYMENT WITH CREDIT CARD**              AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**



**INVOICE**

Phone: 212-557-7400

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York NY 10010-1611

Attn: Deborah Brown

Invoice #:     1890551
Invoice Date:  10-Jun-2015
Our Order #:   030-NY-040120-02

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|-----------|------------------|-----------|--------------|------------|-----------------|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |
| | | | | | |

Terms: Due upon receipt

Kleen Products, LLC vs. International Paper, et al
Case Number: 1:10 CV 5711

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|-----|------|------------|-------|
| **Job Date: 05-May-2015** | | | | |
| **Deponent: Mark Wilde** | | | | |
| Deposition Transcript – Copy | 408 | Pg | $3.50 | $1,428.00 |
| Exhibit Scanning - OCR-PDF | 2137 | Pg | $.20 | $427.40 |
| TotalTranscript CD | 1 | Ea | $20.00 | $20.00 |
| Shipping and Handling | 1 | Ea | $25.00 | $25.00 |

| | | |
|---|---|---|
| Subtotal: | $1,900.40 |
| Sales Tax | $.00 |
| Total Invoice USD | $1,900.40 |

Service Location:
         New York NY

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793

# INVOICE

**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40171 | 4/29/2014 | 55966 |

| Job Date | Case No. | |
|---|---|---|
| 4/3/2014 | 1:10-CV-05711 | |

| Case Name | | |
|---|---|---|
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

1 CERTIFIED COPY OF TRANSCRIPT OF:

John Yerke

827.09

**TOTAL DUE >>>**    **$827.09**
AFTER 5/29/2014 PAY    $909.80

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 213-443-3000    Fax: 213-443-3100

---

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| Job No. | : 55966 | BU ID | : 9-KrammUSA |
|---|---|---|---|
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40171 | Invoice Date | : 4/29/2014 |
| **Total Due** | : **$827.09** | | |

AFTER 5/29/2014 PAY  $909.80

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#: _____

Billing Address:

Zip: _____ Card Security Code: _____

Amount to Charge:

Cardholder's Signature:

Remit To:  **KRAMM COURT REPORTING**
**2224 Third Avenue**
**San Diego CA 92101**

# INVOICE



**KRAMM**
COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43387 | 12/4/2014 | 59898 |

| Job Date | Case No. |
|---|---|
| 11/18/2014 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

1 CERTIFIED COPY OF TRANSCRIPT OF:

   A. Steven Young                                           1,831.72

                                            **TOTAL DUE >>>**     **$1,831.72**

                                            AFTER 1/3/2015 PAY     $2,014.89

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. Tax I.D. No. 33-0941549. We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

                                          Phone: 212-849-7000   Fax:212-849-7100

*Please detach bottom portion and return with payment.*

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York NY 10010

| | | | | |
|---|---|---|---|---|
| Job No. | : 59898 | | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. | | | |
| |   INTERNATIONAL PAPER, et al. | | | |
| Invoice No. | : 43387 | | Invoice Date | : 12/4/2014 |
| **Total Due** | **: $1,831.72** | | | |

AFTER 1/3/2015 PAY $2,014.89

### PAYMENT WITH CREDIT CARD

AMEX    MasterCard    VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
           **2224 Third Avenue**
           **San Diego CA 92101**

# INVOICE

## KRAMM COURT REPORTING

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40177 | 4/30/2014 | 56011 |
| Job Date | Case No. | |
| 4/1/2014 | 1:10-CV-05711 | |
| Case Name | | |
| ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 997.43 |
| Ron Zimbelman | |
| | **TOTAL DUE >>>**     **$997.43** |
| | AFTER 5/30/2014 PAY    $1,097.17 |

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

Tax ID: 33-0941549

Phone: 202.538.8000  Fax:

---

*Please detach bottom portion and return with payment.*

Jaime Kaplan
QUINN EMANUEL URQUHART & SULLIVAN
777 6th Street NW, Suite 1110
Washington DC 20001

| | | | |
|---|---|---|---|
| Job No. | : 56011 | BU ID | : 9-KrammUSA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS LLC, et al. vs. PACKAGING CORP. OF AMERICA, et al. | | |
| Invoice No. | : 40177 | Invoice Date | : 4/30/2014 |
| Total Due | : **$997.43** | | |
| | AFTER 5/30/2014 PAY $1,097.17 | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:      Phone#:

Billing Address:

Zip:     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **KRAMM COURT REPORTING**
2224 Third Avenue
San Diego CA 92101

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44951 | 4/14/2015 | 62375 |

| Job Date | Case No. |
|---|---|
| 3/30/2015 | 1:10-CV-05711 |

| Case Name |
|---|
| ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**KRAMM**
**COURT REPORTING**

2224 THIRD AVENUE
SAN DIEGO, CA 92101
800.939.0080
kramm.com

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

J. Douglas Zona, Ph.D.                                                    2,178.06

**TOTAL DUE >>>**          **$2,178.06**
AFTER 5/14/2015 PAY          $2,395.87

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc.
We accept Visa, Master Card, and American Express.

Tax ID: 33-0941549

Phone: 213-443-3000    Fax:213-443-3100

*Please detach bottom portion and return with payment.*

Zena Jacobsen
QUINN EMANUEL URQUHART & SULLIVAN
865 South Figueroa Street, 10th Floor
Los Angeles CA 90017

| | | | |
|---|---|---|---|
| Job No. | : 62375 | BU ID | : 8-KrammBA |
| Case No. | : 1:10-CV-05711 | | |
| Case Name | : ~KLEEN PRODUCTS, LLC, et al. vs. INTERNATIONAL PAPER, et al. | | |
| Invoice No. | : 44951 | Invoice Date | : 4/14/2015 |
| **Total Due** | : **$2,178.06** | | |

AFTER 5/14/2015 PAY $2,395.87

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA 92101**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**U.S. Legal Support**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 278586 | 2/29/2016 | 162764 |
| **Job Date** | **Case No.** | |
| 2/11/2016 | | |
| **Case Name** | | |
| Kleen Products v. International Paper Co., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Beth A. Wilkinson, Esquire
Wilkinson Walsh & Eskovitz
1900 M Street, NW; Suite 800
Washington, DC 20086

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| J. Douglas Zona Ph.D. | 317.00 | Pages | 792.50 |
| Exhibit | 391.00 | Pages | 78.20 |
| Realtime | 317.00 | Pages | 475.50 |
| Expert/Technical Testimony | 317.00 | Pages | 110.95 |
| Handling, Processing & Archiving | | | 35.00 |
| Shipping/Delivery | | | 25.00 |

**TOTAL DUE  >>>**          **$1,517.15**
AFTER 4/14/2016  PAY          $1,744.72

Reference No.   : 548882

Deposition held in San Francisco, CA

Thank you for your business!

*Ca&ft* 03/15/16

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                      Phone:      Fax:

*Please detach bottom portion and return with payment.*

Beth A. Wilkinson, Esquire
Wilkinson Walsh & Eskovitz
1900 M Street, NW; Suite 800
Washington, DC 20086

| | | | |
|---|---|---|---|
| Job No. | : 162764 | BU ID | : 25-CHI VIP |
| Case No. | : | | |
| Case Name | : Kleen Products v. International Paper Co., et al | | |

Invoice No.  : 278586          Invoice Date : 2/29/2016

**Total Due :  $ 1,517.15**
AFTER 4/14/2016  PAY  $1,744.72

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **U.S. Legal Support**
          **P.O. Box 4772-13**
          **Houston, TX  77210-4772**