# EXHIBIT C

Jordan Media, Inc
1228 Madison Ave.
San Diego, CA 92116
619 299 5040

did Quinn get these?
no billing by Quinn
for this invoice. VStokes 3/7/16

| CLIENT |
|---|
| Paul Weiss<br>Lauren Toole<br>1285 Avenue of the Americas<br>New York, NY 10019 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/9/2015 | 995738 |

| TERMS |
|---|
| Net 30 |

| CASE |
|---|
| **KLEEN PRODUCTS v INT'L PAPER** |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| MICHAEL ADAMS 10/08/14   Videosynch Copy/Total of 360 digitally encoded/synched minutes | 360 | 2 00 | 720 00 |
| DENNIS CARLTON 10/28/14   Videosynch Copy/Total of 430 digitally encoded/synched minutes | 430 | 2 00 | 860 00 |
| DENNIS CARLTON 10/07/15   Videosynch Copy/Total of 415 digitally encoded/synched minutes | 415 | 2 00 | 830 00 |
| CHRISTIAN FISCHER 10/22/14   Videosynch Copy/Total of 400 digitally encoded/synched minutes | 400 | 2 00 | 800 00 |
| KIT GORDON 2/27/14   Videosynch Copy/Total of 420 digitally encoded/synched minutes | 420 | 2 00 | 840 00 |
| JAMES HANNAN 12/08/14   Videosynch Copy/Total of 278 digitally encoded/synched minutes | 278 | 2 00 | 556 00 |
| MOLLIE HILLIARD 12/12/13   Videosynch Copy/Total of 420 digitally encoded/synched minutes | 420 | 2 00 | 840 00 |
| DOUGLAS ZONA 3/30/15   Videosynch Copy/Total of 360 digitally encoded/synched minutes | 360 | 2 00 | 720 00 |
| Shipping and handling/FEDEX | 1 | 60 00 | 60 00 |

**Total**  $6,226 00

Tax I D No #33-0814711

Please make check payable to
Jordan Media, Inc
1228 Madison Ave
San Diego, CA 92116

21271-001

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18246592 | 08/29/2013 | 1806-190627 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/14/2013 | LAT | 110CV05711 |

**CASE CAPTION**

"Kleen Products LLC vs. Packaging Corp. of America"

**TERMS**

Immediate, sold FOB Merrill facility

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Travis Ballard (Questioning Cam)
        ATTENDANCE              9.00 Hours                          865.00
        After Hours Rate                                             150.00
        Video on CD             4.00 Disks @    95.00/Disk           380.00
        Tape Stock - Digital    4.00 Tapes @    30.00/Tape           120.00
        SALES TAX                                                    134.46

                        TOTAL  DUE  >>>>                           1,649.46
```

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18246592
Date       : 08/29/2013
TOTAL DUE  : 1,649.46

Job No.    : 1806-190627
Case No.   : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18246595 | 08/29/2013 | 1806-190628 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/14/2013 | LAT | 110CV05711 |

**CASE CAPTION**

"Kleen Products LLC vs. Packaging Corp. of America"

**TERMS**

Immediate, sold FOB Merrill facility

*[Handwritten: Please Submit ASAP]*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Travis Ballard (Defending Cam)
         ATTENDANCE              9.00 Hours                         865.00
         After Hours Rate                                            150.00
         Legalink Viewer         4.00 Hours @   95.00/Hour           380.00
         Tape Stock - Digital    4.00 Tapes @   30.00/Tape           120.00
         SALES TAX                                                   134.46

                          TOTAL   DUE   >>>>                       1,649.46
```

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18246595
Date       : 08/29/2013
**TOTAL DUE : 1,649.46**

Job No.  : 1806-190628
Case No. : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To: LegaLink, Inc.
         PO Box 277951
         Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.                                225 Varick Street
                                                 10th Floor
                                           New York, NY 10017
                                           Phone: 212.818.0235
                                             Fax: 212.692.9171

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18246602 | 08/29/2013 | 1806-190631 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/15/2013 | LAT | 110CV05711 |

**CASE CAPTION**

"Kleen Products LLC vs. Packaging Corp. of America"

**TERMS**

Immediate, sold FOB Merrill facility

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
  Travis Ballard (Qustioning Cam)
      ATTENDANCE                  6.50 Hours                            640.00
      Video on CD                 3.00 Disks @    95.00/Disk            285.00
      Tape Stock - Digital        3.00 Tapes @    30.00/Tape             90.00
      SALES TAX                                                          90.08

                           TOTAL   DUE  >>>>                         1,105.08

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                               (212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

---

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.:  18246602
Date       :  08/29/2013
**TOTAL DUE** :  1,105.08

Job No.   :  1806-190631
Case No.  :  110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

## MERRILL CORPORATION

LegaLink, Inc.  
225 Varick Street  
10th Floor  
New York, NY 10017  
Phone: 212.818.0235  
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18246605 | 08/29/2013 | 1806-191037 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/15/2013 | LAT | 110CV05711 |

**CASE CAPTION**

"Kleen Products LLC vs. Packaging Corp. of America"

**TERMS**

Immediate, sold FOB Merrill facility

Stephen R Neuwirth  
Quinn Emanuel Urquhart & Sullivan LLP  
51 Madison Avenue  
New York, NY 10010

---

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:  
    Travis Ballard (Defending Cam)  
        ATTENDANCE                6.50 Hours                                640.00  
        Video on CD               3.00 Disks @     95.00/Disk         285.00  
        Tape Stock - Digital     3.00 Tapes @     30.00/Tape         90.00  
        Shipping & Handling                                               25.00  
        SALES TAX                                                                92.30

                                                  TOTAL   DUE   >>>>       1,132.30

Thank you. Your business is appreciated.  
For your convenience we accept Visa, Mastercard, and American Express.  
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                                                                 (212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

---

Stephen R Neuwirth  
Quinn Emanuel Urquhart & Sullivan LLP  
51 Madison Avenue  
New York, NY 10010

Invoice No.: 18246605  
Date       : 08/29/2013  
**TOTAL DUE** : 1,132.30

Job No.  : 1806-191037  
Case No. : 110CV05711  
"Kleen Products LLC vs. Packaging Co

Remit To:  LegaLink, Inc.  
           PO Box 277951  
           Atlanta, GA 30384

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18261671 | 02/12/2014 | 1806-199736 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/23/2014 | LSD | 110CV05711 |
| CASE CAPTION | | |
| "Kleen Products LLC vs. Packaging Corp. of America" | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Paul Bremmer
            ATTENDANCE              2.50 Hours                      370.00
         Tape Stock - Digital       2.00 Tapes @    25.00/Tape       50.00
         SALES TAX                                                   37.28
                                                                ----------
                                   TOTAL    DUE    >>>>             457.28

**Billing for shooting cost only
Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.: 20-2665382                                    (212) 849-7000    Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Nicole Helfant
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18261671
Date       : 02/12/2014
**TOTAL DUE** :    457.28

Job No.   : 1806-199736
Case No.  : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

**MERRILL CORPORATION**

LegaLink, Inc.   225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.818.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18234711 | 04/10/2013 | 1806-181364 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/13/2013 | LSD | 11OCV05711 |

| CASE CAPTION |
|---|
| "Kleen Products LLC vs. Packaging Corp. of America" |
| TERMS |
| Immediate, sold FOB Merrill facility |

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    John Chandler
        ATTENDANCE              8.00 Hours                        925.00
        Legalink Viewer (CD)    3.00 Disks @   150.00/Disk        450.00
        Tape Stock - Digital    3.00 Tapes @    30.00/Tape         90.00
        Shipping & Handling                                        25.00
        SALES TAX                                                 132.24
                                                                --------
                            TOTAL  DUE  >>>>                    1,622.24

PLEASE SEND REMITTANCE TO:
LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7591

For your convenience, Merrill Legal Solutions now accepts Visa/Mastercard and American
Express.
Call 1-866-550-1934 (7am - 4:30 pm - Central Time)
```

TAX ID NO.: 20-2665382         (212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18234711
Date       : 04/10/2013
**TOTAL DUE** :   **1,622.24**

Job No.  : 1806-181364
Case No. : 11OCV05711
"Kleen Products LLC vs. Packaging Co

Remit To:   LegaLink, Inc.
            PO Box 277951
            Atlanta, GA 30384

# INVOICE

RECEIVED FEB 1 0 2016

**US LEGAL SUPPORT**
The Power of Commitment
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 272299 | 12/10/2015 | 128547 |
| Job Date | Case No. | |
| 8/12/2014 | 1:10-CV-05711 | |

**Case Name**
Kleen Products v. Packaging Corporation of America, et al.

**Payment Terms**
Due upon receipt

Lauren Toole
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Mark Dwyer video
  Video - Text Synchronization            8.00 Hours        680.00

                                          TOTAL DUE >>>    $680.00
                                          AFTER 1/24/2016 PAY  $748.00

Thank you for your business!

Tax ID: 76-0523238                    Phone: 212-373-3000  Fax: 212 757 3990

*Please detach bottom portion and return with payment*

Lauren Toole
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Job No.   : 128547       BU ID    : 21-NY VIP
Case No.  : 1:10-CV-05711
Case Name : Kleen Products v. Packaging Corporation of America, et al.

Invoice No   272299    Invoice Date : 12/10/2015
Total Due : $ 680.00
AFTER 1/24/2016 PAY $748.00

Remit To: U.S. Legal Support
P.O. Box 4772-13
Houston, TX 77210-4772

**PAYMENT WITH CREDIT CARD**  AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip           Card Security Code:
Amount to Charge:
Cardholder's Signature:

RECEIVED FEB 10 2016

**USLegalSupport**
The Power of Commitment
p: 877.479.2484
f: 877.876.9330

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 272300 | 12/10/2015 | 142211 |
| Job Date | Case No. | |
| 3/25/2015 | | |
| Case Name | | |
| Kleen Products v. International Paper Co., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Lauren Toole
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

| | | | |
|---|---|---|---|
| Dr. Mark Dwyer - Video | | | |
| Video - Text Synchronization | | 9.00 Hours | 765.00 |
| | | TOTAL DUE >>> | **$765.00** |
| | | AFTER 1/24/2016 PAY | $841.50 |

Thank you for your business!

Tax ID: 76-0523238                      Phone: 212-373-3000   Fax:212 757 3990

*Please detach bottom portion and return with payment*

Lauren Toole
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Job No. : 142211   BU ID : 25-CHI VIP
Case No. :
Case Name : Kleen Products v. International Paper Co., et al

Invoice No. : 272300   Invoice Date : 12/10/2015
**Total Due : $ 765.00**
AFTER 1/24/2016 PAY $841.50

Remit To: **U.S. Legal Support**
P.O. Box 4772-13
Houston, TX 77210-4772

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

## MERRILL CORPORATION
**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.616.0235
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18211620 | 06/11/2012 | 1806-163882 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/17/2012 | LSD | 110CV05711 |

**CASE CAPTION**

"Kleen Products LLC vs. Packaging Corp. of America"

**TERMS**

Immediate, sold FOB Merrill facility

Marc L Greenwald
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:         845.00
   Clay Grimsley
            SALES TAX                                74.99
                                                   --------
                               TOTAL  DUE  >>>>     919.99

billed for shooting costs only.
```

TAX ID NO.: 20-2665382        (212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Marc L Greenwald
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No. : 18211620
Date        : 06/11/2012
TOTAL DUE   :    919.99

Job No.  : 1806-163882
Case No. : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384

# INVOICE

US LEGAL SUPPORT
The Power of Commitment
p: 877.479.2484
f: 877.876.9330

RECEIVED
FEB 10 2016
G-P Law Department

Lauren Tool
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 272298 | 12/10/2015 | 128291 |
| Job Date | Case No. | |
| 7/22/2014 | 1:10-CV-05711 | |
| Case Name | | |
| Kleen Products v. Packaging Corporation of America, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Dr. Michael J. Harris - Video
    Video - Text Synchronization     9.00 Hours     765.00

TOTAL DUE >>>    $765.00
AFTER 1/24/2016 PAY    $841.50

Videotaped deposition held in Los Angeles, CA. Deposition ended at 5:56PM

Thank you for your business!

Tax ID: 76-0523238      Phone 212-373-3000   Fax 212 757 3990

*Please detach bottom portion and return with payment*

Lauren Tool
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Remit To: **U.S. Legal Support**
        **P.O. Box 4772-13**
        **Houston, TX 77210-4772**

Job No. : 128291    BU ID : 25-CHI VIP
Case No. : 1:10-CV-05711
Case Name : Kleen Products v. Packaging Corporation of America, et al.
Invoice No. : 272298    Invoice Date : 12/10/2015
Total Due : $ 765.00
AFTER 1/24/2016 PAY $841.50

**PAYMENT WITH CREDIT CARD**   AMEX   VISA

Cardholder's Name:
Card Number:
Exp Date:     Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

## US LEGAL SUPPORT
The Power of Commitment

p. 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 272301 | 12/10/2015 | 142212 |
| Job Date | Case No. | |
| 3/26/2015 | | |

**Case Name**

Kleen Products v. International Paper Co., et al

**Payment Terms**

Due upon receipt

Lauren Toole
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Dr. Michael Harris - Video
   Video - Text Synchronization    10.50 Hours    892.50
   Shipping/Delivery    30.00

**TOTAL DUE >>>    $922.50**
AFTER 1/24/2016 PAY    $1,014.75

Videotaped deposition held in Los Angeles, CA

Thank you for your business!

Tax ID: 76-0523238      Phone: 212-373-3000    Fax: 212 757 3990

*Please detach bottom portion and return with payment*

Lauren Toole
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019

Job No. : 142212    BU ID    25-CHI VIP
Case No :
Case Name : Kleen Products v. International Paper Co., et al

Invoice No. : 272301    Invoice Date    12/10/2015
Total Due : $ 922.50
AFTER 1/24/2016 PAY $1,014.75

Remit To: **U.S. Legal Support**
       P.O. Box 4772-13
       Houston, TX 77210-4772

**PAYMENT WITH CREDIT CARD**    AMEX    MC    VISA

Cardholder's Name: _____
Card Number: _____
Exp Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

M# 04345-62003

**MERRILL CORPORATION**

LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18266066 | 04/09/2014 | 1802-203881 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/19/2014 | KOWAAD | 110CV05711 |
| | CASE CAPTION | |
| "Kleen Products LLC vs. Packaging Corp. of America" | | |
| | TERMS | |
| Immediate, sold FOB Merrill facility | | |

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Todd K. Petracek
            ATTENDANCE                 7.00 Hours                              775.00
            Legalink Viewer (CD)       3.00 Disks @     150.00/Disk            450.00
            Tape Stock - Digital       3.00 Tapes @      25.00/Tape             75.00
            Shipping & Handling                                                 25.00
            SALES TAX                                                          117.59

                                       TOTAL    DUE   >>>>                   1,442.59
```

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382

(212) 849-7000   Fax (212) 849-7100

*Please detach bottom portion and return with payment.*

Stephen R Neuwirth
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
New York, NY 10010

Invoice No.: 18266066
Date        : 04/09/2014
**TOTAL DUE** : 1,442.59

Job No.   : 1802-203881
Case No.  : 110CV05711
"Kleen Products LLC vs. Packaging Co

Remit To:  LegaLink, Inc.
           PO Box 277951
           Atlanta, GA 30384