# EXHIBIT E

| | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF ILLINOIS | |
|---|---|---|
| AO44<br>(Rev. 11/07) | | |

INVOICE NO: 20170680

**MAKE CHECKS PAYABLE TO:**

Mr. Brant Bishop
Wilkinson Walsh & Eskovitz, LLP
Suite 800
1900 M Street NW
Washington, DC 20036
Phone:

Judith A. Walsh, CSR, RDR, CRR
Walsh Studios, Inc.
Suite 1944
219 South Dearborn Street
Chicago, IL 60604
Phone: (312) 702-8865
Tax ID:
judith_walsh@ilnd.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 01-30-2017
DATE DELIVERED:

**Case Style:** 10 CV 05711, Kleen Products v
Deposit to receive copy of the transcript of proceedings held before the Hon. Harry Leinenweber on 09/13/2016.
Once your payment is received, the transcript will be emailed to you.
Thank you. I'm sorry, I don't accept credit cards.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 16 | 1.20 | 19.20 | | | | 19.20 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 19.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $19.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE 01-30-2017

*(All previous editions of this form are cancelled and should be destroyed)*

| | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | |
|---|---|---|
| AO44 (Rev. 11/07) | | |

INVOICE NO: 20170688

**MAKE CHECKS PAYABLE TO:**

Mr. Andrew Graeve
Wilkinson Walsh & Eskovitz, LLP
Suite 800
1900 M Street NW
Washington, DC 20036
Phone:

Judith A. Walsh, CSR, RDR, CRR
Walsh Studios, Inc.
Suite 1944
219 South Dearborn Street
Chicago, IL 60604
Phone: (312) 702-8865
Tax ID:
judith_walsh@ilnd.uscourts.gov

☐ CRIMINAL   ☒ CIVIL    DATE ORDERED: 02-09-2017    DATE DELIVERED:

**Case Style:** 10 CV 05711, Kleen Products v International Paper

Deposit to prepare transcript of proceedings before the Hon. Harry Leinenweber on 02/07/2017. Once your payment is received, the transcript will be prepared and emailed to you.
Thank you.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 13 | 4.85 | 63.05 | | | | | | | 63.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 63.05 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $63.05 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                                 DATE 02-09-2017

*(All previous editions of this form are cancelled and should be destroyed)*