# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604 | | Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov |

## INSTANTER ORDER

January 16, 2018

*By the Court:*

| | |
|---|---|
| No. 17-2808 | KLEEN PRODUCTS LLC, et al.,  
Plaintiffs - Appellants  
  
v.  
  
GEORGIA-PACIFIC LLC and WESTROCK CP, LLC,  
Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-05711  
Northern District of Illinois, Eastern Division  
District Judge Harry D. Leinenweber | |

    Upon consideration of the **DEFENDANT-APPELLEE WESTROCK CP, LLC'S RESPONSE TO COURT ORDER GRANTING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**, filed on January 12, 2018, by counsel for appellee Westrock CP, LLC,

    **IT IS ORDERED** that the clerk of this court shall file **INSTANTER** the appellee's tendered redacted supplemental appendix.

form name: **c7_InstanterOrderFiled**(form ID: **123**)